# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

**COLUMBIA RIVERKEEPER** and
**1000 FRIENDS OF OREGON**,

                Plaintiffs,

v.

**COL. LARRY "DALE" CASWELL,**
**JR., in his official capacity as**
**Commander and District Engineer of the**
**U.S. Army Corps of Engineers' Portland**
**District,** and the **U.S. ARMY CORPS OF**
**ENGINEERS**,

                Defendants.

Case No.: **3:24-cv-00868**

_____

**Declaration of Katharine Mott**

I, Katharine Mott, hereby declare as follows:

1. I am the Policy and Compliance Section Chief in the Regulatory Branch, Operations Division of the Portland District, U.S. Army Corps of Engineers (Corps). I have been employed by the Corps for nearly six years. In my position I am responsible for the implementation of rules, guidance, and policy as it pertains to the Corps' Regulatory Program as well as all compliance and enforcement activities under our Regulatory authorities.

2. Attachment 1 is a true and correct copy of the Joint Permit Application (JPA) submitted by NEXT Renewable Fuels to the Corps' Operations Division in July 2021. This same JPA was then provided to the Corps' Section 408 team in February 2022.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed On: <u>September 26, 2024</u>

*Katharine A. Mott*
_____

Katharine Mott

# ATTACHMENT 1

# Joint Permit Application

This is a joint application, and must be sent to all agencies (Corps, DSL, and DEQ). Alternative forms of permit applications may be acceptable; contact the Corps and DSL for more information.

Date Stamp

|  **U.S. Army Corps of Engineers Portland District** |  **Oregon Department of State Lands** |  **Oregon Department of Environmental Quality** |
|---|---|---|
| Action ID Number | Number | |

## (1) TYPE OF PERMIT(S) IF KNOWN (check all that apply)

**Corps:** ☒ Individual ☐ Nationwide No.: _____ ☐ Regional General Permit _____ ☐ Other (specify): _____

**DSL:** ☒ Individual ☐ GP Trans ☐ GP Min Wet ☐ GP Maint Dredge ☐ GP Ocean Energy ☐ No Permit ☐ Waiver

## (2) APPLICANT AND LANDOWNER CONTACT INFORMATION

| | Applicant | Property Owner (if different) | Authorized Agent (if applicable) ☑ Consultant ☐ Contractor |
|---|---|---|---|
| Name (Required) Business Name Mailing Address 1 Mailing Address 2 City, State, Zip | Christopher Efird NEXT Renewable Fuels Oregon, LLC 11767 Katy Freeway, Suite 705 Houston, TX 77079 | See Attachment 1 for list of Property Owners | Laurie Parry Stewardship Solutions, Inc. 3370 10th Street, Suite C Baker City, OR 97814 |
| Business Phone Cell Phone Fax Email | (281) 884-3680 ▇▇▇▇▇ ▇▇▇▇▇ | | (541) 519-4891 (541) 519-4891 ▇▇▇▇▇ |

## (3) PROJECT INFORMATION

**A. Provide the project location.**

| Project Name NEXT Renewable Fuels Oregon | Latitude & Longitude* 46.166605, -123.161324 46.1663 |
|---|---|

| Project Address / Location Located in the Port Westward Industrial Park between Kallunki and Hermo Road | City (nearest) Clatskanie, OR | County Columbia County |
|---|---|---|

| Township | Range | Section | Quarter / Quarter | Tax Lot |
|---|---|---|---|---|
| 8N | 4W | 16 | SE/SE, SW/SE | 200 |
| 8N | 4W | 21 | SW/NE | 600,700 |
| 8N | 4W | 22 | SW/NE, SE/NE, NE/NE | 100,200, 300, 400, 500, 600, 700,1100 |
| 8N | 4W | 23 | SE/NW, NE/SW | 700,800 |

Brief Directions to the Site:
From Hwy 30 at Clatskanie, head Northeast on N Nehalem Street, slight right onto 5th Street, turn left onto Quincey Mayger Road, turn right onto Kallunki Road.

**B. What types of waterbodies or wetlands are present in your project area? (Check all that apply.)**

| ☐ River / Stream | ☑ Non-Tidal Wetland | ☐ Lake / Reservoir / Pond |
|---|---|---|
| ☐ Estuary or Tidal Wetland | ☑ Other | ☐ Pacific Ocean |

| Waterbody or Wetland Name** Farmed Wetland & associate drainage/irrigation ditches | River Mile N/A | 6th Field HUC Name Lower Beaver Creek | 6th Field HUC (12 digits) 170800030207 |
|---|---|---|---|

\* In decimal format (e.g., 44.9399, -123.0283)
\*\* If there is no official name for the wetland or waterbody, create a unique name (such as "Wetland 1" or "Tributary A").

**C. Indicate the project category. (Check all that apply.)**

| ☐ Commercial Development | ☑ Industrial Development | ☐ Residential Development |
|---|---|---|
| ☐ Institutional Development | ☐ Agricultural | ☐ Recreational |
| ☐ Transportation | ☐ Restoration | ☐ Bridge |
| ☐ Dredging | ☐ Utility lines | ☐ Survey or Sampling |
| ☐ In- or Over-Water Structure | ☐ Maintenance | ☐ Other: |

## (4) PROJECT DESCRIPTION

**A. Summarize the overall project including work in areas both in and outside of waters or wetlands.**
NEXT Renewable Fuels Oregon, LLC (NEXT) proposes to build a renewable fuels facility (Facility) to supply renewable fuels to West Coast markets. The Facility will be located at Port Westward, near Clatskanie, Columbia County, Oregon. Construction of the Facility will impact jurisdictional wetlands and impact waterways, requiring mitigation. The project will require an Individual 404 Permit from US Army Corps of Engineers, a Removal/Fill permit from the Oregon Department of State Lands, and an Individual 401 Certification from the Oregon Department of Environmental Quality. Table 1 shows a list of Figures, Appendices, and Attachments that are included in this permit application and are intended to aid the reader in the review process.

**Table 1: List of Documents**

| Document Type | Identification | Document Name |
|---|---|---|
| Figures | Figure 1 | Location and Vicinity Maps |
| | Figure 2 | Aerial Photograph |
| | Figure 3A, 3B, 3C, 3D, 3E, 3F | Tax Lot Maps |
| | Figure 4A, 4B, 4C, 4D, 4E | Site Photographs |
| | Figure 5 | Zoning Map |
| | Figure 6 | Floodplain Map |
| | Figure 7A, 7B, 7C, 7D, 7E | Site Layout, Site Elevations (South, North, East & West) & Aerial Photo Site Rendering |
| | Figure 8A, 8B | Staging and Access |
| | Figure 9 | Existing Wetlands |
| | Figure 10A, 10B | Wetland Impact Areas |
| | Figure 11 | Existing Waterways |
| | Figure 12 | Waterway Impact Areas |
| | Figure 13 | Wetland Mitigation Area |
| | Figure 14 | Wetland Mitigation Area Plan |
| | Figure 15 | Wetland Mitigation Areas Conceptual Site Cross Section |
| | Figure 16 | All Northwest Alternative Sites |
| | Figure 17 | All Port Westward Alternative Sites |
| Attachments | Attachment A | Property Owners |
| | Attachment B | Wetland and Waterway Impact Calculations |
| | Attachment C | NEXT Plan Sheets |
| | Attachment D | Removal/Fill Table |

November 2019

| Appendices | | |
|---|---|---|
| | Appendix A | Project Design Basis for NEXT Renewable Fuels Oregon |
| | Appendix B | Wetland Delineation Report NEXT Renewable Fuels Oregon |
| | Appendix C | Compensatory Wetland Mitigation Plan for NEXT Renewable Fuels Oregon |
| | Appendix D | Draft Post-Construction Stormwater Management Plan NEXT Renewable Fuels Oregon |
| | Appendix E | NEXT Renewable Fuels Oregon Restoration Plan for Temporary Impacts to Wetlands |
| | Appendix F | Alternatives Analysis for NEXT Renewable Fuels Oregon |
| | Appendix G | Phase One Cultural Resources Survey of the NEXT Renewable Fuels Oregon Project Area, Columbia County, Oregon |
| | Appendix H | Wetland Delineation Report for NEXT Renewable Fuels Oregon Compensatory Wetland Mitigation Site |
| | Appendix I | NEXT Renewable Fuels Oregon – Wastewater-Stormwater Design Basis |

The Facility site is located at the Port of Columbia County, Oregon, within the Port's existing Port Westward Industrial Park. The Facility will be located on land zoned *Resource Industrial Planned Development*. Construction of the Facility will impact jurisdictional wetlands and waterways and will require mitigation. The proposed mitigation site is located to the south, approximately 0.25 miles south of the Facility, and is zoned *Primary Agriculture*.

The Facility will utilize the UOP Ecofining™ Green Diesel technology and will be capable of producing 50,000 barrels per day (bbl/d) of renewable diesel and other renewable products. The process will produce renewable fuels from a range of sustainable feedstocks such as various vegetable oils, used cooking oil, animal tallow, and inedible corn oil. The renewable diesel produced in the Ecofining™ process is a drop-in fuel which can directly replace up to 100 percent of petroleum-based diesels.

The project relies on waterborne transportation. Feedstocks will primarily be received via barge and oceangoing vessels to Port Westward and delivered to the proposed facility by a terminalling provider though a pipeline. Once onsite feedstock will be refined utilizing the Ecofining™ process. The finished refined product will then be transported through a pipeline to the terminalling provider where it will be shipped to West Coast customers via waterborne vessels.

The Facility and ancillary components include:

- new main access road
- new rail spur, ladder tracks, and rail spur access road
- four new pipelines to terminus with terminalling provider's existing permitted facility
- ten large product and feedstock tanks (125,000 to 225,000 barrels each)
- eleven smaller feedstock and process tanks (10,000 to 50,000 barrels each)
- pre-treatment plant
- hydrogen facility
- Ecofining™ units
- storm and process water system
- office/administration buildings/laboratory
- site landscaping and fencing
- wetland mitigation site

3                                                                                    November 2019

For complete details on the Facility and the operation process see the "Project Design Basis for NEXT Renewable Fuels Oregon, LLC" in Appendix A.

See Figures 1 through 7 for Location and Vicinity Maps, Aerial Photograph, Tax Lot Maps, Site Photographs, Zoning Maps, floodplain map, and Site Layout.

The project will include the following major work components:

- implement erosion and sediment control measures
- construct staging and laydown areas
- stripping and grading
- construct main access road
- relocate existing drainage ditch
- construct product pipelines
- construct facility – ten large and eleven small tanks (feedstock, processed and finished pre-treatment plant, hydrogen facility, Ecofining™ units, office/administration buildings
- construct storm and process water system
- construct rail spur and rail access road
- site restoration
- site landscaping and fencing
- construct wetland mitigation site
- demobilization
- removal of erosion and sediment control measures

The site is located within the Beaver Drainage District and is contained entirely within the dike. Most of the project site is currently utilized for agriculture pastureland which has historically been used for cattle grazing. There are mint fields to the north and west and a tree farm to the south. Most of the site is covered by herbaceous vegetation and receives water from precipitation and groundwater. Surface and subsurface hydrology has been altered by agricultural practices, including ditching and drainage, as well as the construction of the dike, roads, railroads, and industrial facilities. Despite agriculture disruptions wetlands and waterways still persist within the project area. A Wetland Delineation (DSL# WD2020-0663) was performed by Anderson Perry & Associates, Inc., in 2019, 2020, and 2021 (See Appendix B, "Wetland Delineation Report NEXT Renewable Fuels Oregon"). There are multiple drainage ditches and two low-quality wetlands encompassing approximately 137.8 ac. of the 145.27-ac. impact site (See *Figure 9 Existing Wetlands* and *Figure 11, Existing Waterways*).

**Wetland Impacts.** The proposed project will include fill and removal in wetlands and waterways, creating a loss of function and values of Waters of the United States. The Applicant proposes to mitigate this loss by enhancing wetlands and waterways at a location south of the construction site and within the same drainage district and HUC code. The proposed mitigation site is show on *Figure 13, Wetland Mitigation Area*. Details of the proposed Compensatory Wetland Mitigation (CWM) Plan are in Appendix C, "*Compensatory Wetland Mitigation Plan for NEXT Renewable Fuels Oregon.*"

**Stormwater/Wastewater.** Stormwater: Construction of the Facility and ancillary components will result in the creation of approximately 105.66 ac. of new impervious surfaces. Stormwater within the facility will be managed via the Port of Columbia County's existing wastewater system (NPDES Permit #102650) and will be designed to collect and process water for a 24-hour, 100-year flood event. Runoff from the building roofs, roadways, parking, and staging areas within the plant will be collected through catch basins and piped to a stormwater treatment facility on site. Runoff from equipment pads will be collected separately and piped to an on-site wastewater treatment plant to remove any pollutants. Once treated, the stormwater and wastewater will be comingled and pumped through a final multimedia filtration prior to entering the existing Port Westward wastewater treatment facility (WWT) for eventual discharge at the Port's permitted outfall to the Columbia River.

Runoff from the main access road, laydown yard, rail access road, and rail yard will be collected and treated in roadside vegetated swales before infiltrating to the adjacent existing drainage ditches. Runoff from the gravel pipe rack maintenance road will sheet flow to vegetated filter strips before entering adjacent existing drainage ditches. Prior to construction, the Applicant will obtain a 1200-Z Industrial Stormwater Permit from DEQ for discharge from these areas. The Post-Construction Stormwater Management Plan is in Appendix D, *"Draft Post-Construction Stormwater Management Plan NEXT Renewable Fuels Oregon"*. Temporary Erosion Controls measures are shown on *Plan Sheet 1, Erosion Control Plan – North, Plan Sheet 2, Erosion Control Plan – West, Plan Sheet 3, Erosion Control Plan – East, and Plan Sheet 4, Erosion Control Details*. The applicant will obtain a 1200-C Construction Stormwater Permit from DEQ prior to construction.

Wastewater:  Wastewater within the facility will be managed via the Port of Columbia County's wastewater system (NPDES Permit #102650). The Facility's wastewater system is designed to process wastewater which is produced from processing 50,0000 BPD of vegetable oil and animal fats to produce Renewable Diesel. Wastewater will be collected and treated based on various stream contaminants.  Once treated, the wastewater and stormwater will be comingled and processed through the Tertiary Filters before being sent through a heat exchanger for cooling.  The comingled water will then be pumped through a final multimedia filtration prior to entering the existing Port Westward wastewater collection system for eventual discharge at the Port's permitted outfall to the Columbia River.

Wastewater / stormwater effluent from the facility will discharge to the existing Port Westward discharge outfall. The effluent qualities will be required to comply with the Port Westward NPDES permit for wastewater discharge. To ensure compliance with the NPDES permit, the NEXT WWT effluent design specifications are more stringent than required  by those outlined in the Port's existing NPDES permit. For further detail see Appendix I, Next Renewable Fuels, Wastewater-Stormwater Design Basis.

**B. Describe work within waters and wetlands.**
### Overview

The NEXT Renewable Fuels Oregon project site is approximately 145.27 ac. Of the 145.27 ac., approximately 137.8 ac. are low-quality juridictional wetlands and 1.82 acres of drainage/irrigation ditches. The following calculations are conservatively based on conceptional designs and will be confirmed as the detailed project engineering is completed.

Construction of the project will permanently impact 117.64. of wetlands (Wetlands 1,and 2) by permanently removing approximately 195,284 cubic yards (Cy) of material and placing approximately 768,138 Cy of material within the wetland boundaries. Approximately 32.03 ac. of wetlands will be temporarily impacted by the removal of approximately 46,303 Cy of temporary excavation and placement of approximately 177,880 Cy of temporary fill (See *Figure 9, Existing Wetlands, Figure 10, Wetland Impact Areas, Figure 11, Exising Waterways* and *Figure 12, Waterway Impact Areas*).

Additionally, the project will permanently impact 1.79 ac. of drainage/irrigation ditches from the placement of approximately 8,605 Cy of permanent fill below the ordinary highwater (OHW) and temporarily impact approximately 0.03 ac. of ditches from construction activities. Table 2: Total Wetland and Waterway Impacts outlines the proposed impacts to jurisdictonal wetlands and waterways in the project area. More complete details of wetland and waterway impacts are summarized in *Attachment B – Wetland and Water Impact Calculations*.

### Table 2: Total Wetland/ Waterway Impacts

| Wetland | Acres | | Fill/Removal (Cubic Yards) | | Fill/Removal (Cubic Yards) | |
|---|---|---|---|---|---|---|
| | Permanent Impact | Temporary Impact | Permanent | | Temporary | |
| | | | Fill | Removal | Fill | Removal |
| #1 | 117.60 | 5.03 | 764,288 | 301,918 | 2,870 | 2,793 |
| #2 | 0.04 | 0 | 3,850 | 3,800 | 10 | 10 |
| Mitigation Site Wetland 1 | 0.00 | 27.00 | 0.00 | 0.00 | 175,000 | 43,500 |
| Total | 117.64 | 32.03 | 768,138 | 195,284 | 177,880 | 46,303 |

| Waterways | Square Feet | | Fill/Removal (Cubic Yards) | | Fill/Removal (Cubic Yards) | |
|---|---|---|---|---|---|---|
| | Permanent Impact | Temporary Impact | Permanent | | Temporary | |
| | | | Fill | Removal | Fill | Removal |
| A | 600 | 246 | 56 | 23 | 0 | 0 |
| B | 581 | 320 | 54 | 22 | 0 | 0 |
| C | 390 | 205 | 37 | 15 | 0 | 0 |
| D | 4226 | 0 | 548 | 160 | 0 | 0 |
| E | 26,255 | 362 | 4,505 | 975 | 0 | 0 |
| F | 26,262 | 0 | 3,405 | 973 | 0 | 0 |
| G | 18,150 | 0 | 2353 | 673 | 0 | 0 |
| McLean Slough | 1,746 | 0 | 227 | 65 | 0 | 0 |
| Total | 78,210 | 1,133 | 8,605 | 2,168 | 0 | 0 |

Impacts will occur within Wetlands 1, 2, and Mitigation Site Wetland 1 and Waterways A through G, and McClean Slough. All wetland and waterway impact from construction of the Facility are shown on Figures 10 and 12. Wetland and Waterway impacts are the result of the following work elements:

- **Protection of Sensitive Areas**. Prior to any construction activities wetlands, ditches, sensitive habitats and their buffers, and cultural resource sites located in or near the project site will be identified and marked. These markers will be maintained appropriately for the duration of construction. No permanent impacts to wetlands or waterways will result from protection measures.

- **Erosion Control**. Appropriate temporary erosion and sediment control (TESC) measures will be installed in all work areas prior to the initiation of ground-disturbing construction activities. Silt fencing will be placed at appropriate locations throughout the life of the project and after, or until the ground has stabilized. Wetlands 1 through 3 and Mitigation Site Wetland 1 continue off the project site; providing TESC measures will protect these wetlands and waterways downslope. TESC measure will also be installed around Wetlands 5 and 6 for protection from construction activities. Additional TESC measures include inlet protection, slope protection and matting, wheel washes, and rocked construction entrances to prevent tracking off-site. Stockpiled materials will be covered and protected. Work will be governed by a State of Oregon DEQ 1200-C Construction Stormwater General Permit. As construction continues, the erosion control measures will be updated and maintained per approved permit documents to limit pollutant discharge. Temporary sediment and erosion control measures will create approximately 20 Cy of temporary fill in Wetland 1, approximately 5 Cy of temporary fill in Wetland 2, and approximately 5 Cy of temporary fill in Wetland Mitigation Site Wetland 1. (*Plan Sheets 1 through 3, Erosion Control Plan, and Plan Sheet 4 for Erosion Control Details*)

- **Access and Staging**. Prior to construction of the access and staging areas, the appropriate sediment controls will be installed.

Access: Access to the construction site, prior to construction of the main access road, will be via the gravel secondary access road west of Kallunki Road. The existing gravel road will be rocked and graded to accommodate truck traffic and heavy equipment. Improvements to the road will have no impacts to wetlands or waterways. Once the main access road is constructed, access for construction activities will be from the main access road via Hermo Road. In all phases, off-site access will be controlled to specified locations that are subject to erosion control measures.

Staging: Staging will occur in multiple locations:

Staging Area 1- Power line corridor: The powerline corridor setback will be utilized as a staging area during construction and will be restored to previous conditions, in accordance

with the *"NEXT Renewable Fuels Oregon Restoration Plan for Temporary Impacts to Wetlands"*, once construction is completed. The area adjacent to the power line is 1,300 ft. long by 100 ft. wide and is within the boundary of Wetland 1 (*See Figure 8A, Staging and Access*). Prior to construction this area will be stripped and graded with the topsoil segregated for restoration. Cut and fill volumes are included below.

Staging Area 2 - Main Access Road: A staging area will be constructed adjacent to the main access road. This area will be used as a permanent staging area for future projects. This staging area is within the boundary of Wetland 1 (*See Figure 8A, Staging and Access*). All impacts from the construction of this staging area will be permanent and are included in the Main Access Road Construction discussion.

Staging Area 3 - Bradbury Slough Dock, Haul Road, and Equipment Staging Area: Some construction and facility equipment will be transported to the site via barge and unloaded at the existing concrete dock located near the mouth of Bradbury Slough. Equipment will be unloaded onto heavy haul trucks at the dock. The trucks will travel south along Kallunki Road to the site or to the south laydown area in Staging Area 3, located between Kallunki Road and the railroad tracks (*See Figure 8A, Staging and Access*). Fill may be placed along the road where necessary; no fill is anticipated in Wetland 6 which is adjacent to Kallunki Road. There are no wetlands in the staging area.

A geotechnical study of the road will be performed prior to construction to determine the weight capacity of the road. Trucks will not exceed the maximum weight capacity or the limits allowable for the road under Oregon Department of Transportation Truck Weight Limits.

Staging Area 4 – Rock Stockpile Area: Rock will be temporally stockpiled south of the construction site in Staging Area 4 (See Figure 8B – Staging and Access). This staging area is adjacent to the proposed mitigation site and within the boundary of Mitigation Site - Wetland 1. Approximately 27 acres will be utilized for temporary stockpiling and the concrete batch plant. All impacts are temporary and will be restored to previous conditions, as outlined in the *"NEXT Renewable Fuels Oregon Restoration Plan for Temporary Impacts to Wetlands"*, once construction is completed.

- **Stripping and Grading.** Approximately 12 inches of brush, overburden, and soil will be removed from the main access road, pipeline route, rail spur, and facility site, where needed, lowering the site approximately 1.0 ft. below existing grade. Stripping and grading will be phased to the maximum extent practicable to prevent exposed inactive areas from becoming a source of erosion. Non-useable materials will be removed from the site and disposed of at an upland location (location to be determined). Materials will be tested randomly for contamination prior to removal from the site. Tested materials will be disposed of at an upland site. Reuse of materials on-site will be facilitated to the maximum extent practical. Materials will be temporarily stockpiled for use in landscape areas and berms. Stripping will result in the permanent removal of approximately 175,262 Cy of material from Wetland 1 and 975 Cy of material from Waterway E, from the following components:

**Table 3: Wetland/Waterway Removal Quantities from Site Stripping**

| Wetland/ Waterway | Construction Area | Removal | |
|---|---|---|---|
| | | Permanent | Temporary |
| Wetland 1 | Access Road & Temporary Staging Area | 32,200 Cy | 0 |
| | Facility Footprint | 136,192 Cy | 1,640 Cy |
| | Pipeline Alignment & Pipeline Access Road | 1,350 Cy | 1,155 Cy |
| | Rail Spur & Rail Spur Access Road | 5,520 Cy | 0 |
| Waterway E | Facility Footprint | 975Cy | 0 |

The next step will be to fill, rough grade, and establish the final grade of the main access road, the pipeline route, the rail spur, and the facility site. The overall final grade will be approximately 3 ft. above the existing grade. Fill material will consist of clean soil and aggregate (specified for use by

the geotechnical engineer) that will be imported from a local source determined by the contractor. Prior to final grading, and in coordination with in-place erosion control measures, the below-ground utilities and stormwater system will be installed. Fill and final grading will result in permanent fill from the placement of approximately 453,559 Cy of material in Wetland 1 and 4,505 Cy of material in Waterway E from the following construction components:

**Table 4: Wetland/Waterway Fill Quantities from Grading**

| Wetland/ Waterway | Construction Area | Fill | |
|---|---|---|---|
| | | Permanent | Temporary |
| Wetland 1 | Access Road & Temporary Staging Area | 125,724 Cy | 0 |
| | Facility Footprint | 314,505 Cy | 1,715 Cy |
| | Pipeline Alignment & Pipeline Access Road | 1,800 Cy | 1,155 Cy |
| | Rail Spur & Rail Spur Access Road | 11,530 Cy | 0 |
| Waterway E | Facility Footprint | 4,505 Cy | 0 |

- **Main Access Road Construction.** Once on-site grading is completed and Waterway F and G are filled, the main access road will be built prior to the construction of the facility to allow access to the construction site. The main access road will begin at Hermo Road and will tie into the facility on the west side near the proposed administration building. The road will have a permanent construction staging and construction parking areas. The access road and staging area will be approximately 3,815 ft. long by 150 ft. wide, covering 13.14 ac. Aggregate will be imported to construct the road base. Construction of the access road and temporary staging area will result in approximately 12.81 ac. of permanent impacts to Wetland 1. Approximately 125,724 Cy of permanent fill will be placed in Wetland 1 to construct the final road base. Cross sections of the road construction are shown on Plan Sheets 5, 6, and 7.

  The main access road will cross Waterway D, which will require the installation of a 48-inch culvert at the crossing to allow for the continued conveyance of irrigation and drainage water. The culvert was sized based on current flow. Installation of the culvert will require permanent removal of 160 Cy of material for the placement of the culvert. Approximately 548 Cy of permanent fill from the placement of the culvert and back fill material will occur in Waterway D. A typical cross section of the waterway is shown on *Plan Sheet 17, Culvert Installation Cross Section*.

  The main access road and facility roads will be paved with asphalt after the construction of the facility and ancillary components are completed. Paving will occur after construction to allow the road to settle and to prevent damage to the asphalt. The secondary access road will remain in place to be used as emergency access.

- **Drainage Ditch Relocation.** During the construction of the main access road Waterway F and Waterway G will be filled. The location of the rail spur as shown on Figure 2, Aerial Photograph, will require the relocation of Waterway F and Waterway G. These waterways are utilized as drainage and irrigation ditches by the Beaver Drainage and Irrigation Company users. The waterways will be filled utilizing materials from grading and striping of the main access road. Approximately, 0.60 acres of Waterway F will be filled below Ordinary High Water (OHW) with 3,405 CY of native material and approximately 0.41 acres of Waterway G will be filled below OHW with 2,353 CY of native material. To allow for continued drainage and irrigation use, both waterways will be relocated to the south of the proposed rail spur as shown on *Figure 10, Wetland Impact Areas* and Figure *12, Waterway Impact Areas*. Approximately, 1.0 acre of Wetland 1 will be impacted from the permanent removal of material to create the new drainage ditches, fill volumes are included in Attachment D, Removal/Fill Table

- **Facility Construction.**

  <u>Foundations</u>: Additional impacts to Wetland 1 will result from the construction of the facility components, including the foundations for the tanks, pre-treatment plant, hydrogen facility, Ecofining™ units, pipe racks, and office/administration building. Large and small foundations will

be constructed, resulting in the permanent removal of approximately 3,075 Cy of material, permanent fill of approximately 139,267 Cy of material, and displacement of 118,855 Cy of material in Wetland 1. Material will be removed to an approved upland site. Fill materials will include concrete, steel piles, aggregate, and topsoil. Typical cross sections showing existing and proposed elevations of Wetland 1 from the construction of the foundations are shown on Plan *Sheet 9, Wetland Fill Cross Section East and West, North and South*.

Foundations will be constructed to support each component of the facility. The size of the foundations will vary by type of equipment. Only foundations that go below stripping grade were included as additional cut and fill volumes. A typical foundation, (45 foundations) at 300 sf. volume placed approximately 4.5 ft. below the stripping grade, was used to approximate the cut and fill volume for large equipment foundations that go below stripping grade. Approximately 25 tanks foundations will be constructed consisting of concrete caps set on concrete piles. The concrete piles will be constructed using the ground improvement method described below. Concrete piles are being purposed due to the soil type.

Piles: Approximately 15,200, 16-inch steels piles that are 90 ft. long (each) will be installed, resulting in the permanent fill of 4,522 Cy. Steel piles will be driven utilizing a vibratory hammer to minimize noise impacts. Work will be performed between the hours of 7:00 AM and 6:00 PM. A typical cross section of the pile foundations is shown on *Plan Sheet 10, Pile Foundation Schematics.*

Ground Improvement: Wet soil mixing known as the Deep Mixing Method will be utilized to construct the concrete piles. The process employs a drill that advances a mixing tool as binder slurry is pumped through the connecting drill steel, mixing the soil to the target depth. Additional mixing of the soil is completed as the tool is withdrawn to the surface. This process constructs individual soilcrete columns, rows of overlapping columns or 100% mass stabilization, to provide designed strength and stiffness. Ground improvement will displace approximately 114,333 Cy of material in Wetland 1. A typical cross section of the pile foundations is shown on *Plan Sheet 10, Pile Foundation Schematics.*

Tanks and Refining Equipment: Once the foundations are completed construction of the tanks and refining equipment will commence. Construction of the majority of the facility components will occur offsite and be shipped to the site as modules that will be assembled on site. Once the tanks are set, secondary containment will be constructed in areas shown on *Plan Sheet 8, Site Layout*. Secondary containment designed to industry specifications will consist of 6-foot dirt berms with 12-inch impervious liners.

Buildings, Offices, and Warehouses. Buildings, offices, and warehouses will be built onsite utilizing typical construction methods.

Road and Gravel Area. All roads will be paved with asphalt, there will be concrete around the building, all other areas will be treated with gravel.

- **Rail Spur, Ladder Tracks, and Rail Access Road Construction.** Construction of the rail components will be completed concurrently with the facility construction. The rail spur and tracks will run east and west from the existing Portland & Western's rail line through the new facility along the new access road to Hermo Road. The rail spur will be approximately 8,900 ft. long and will have a 60-foot-wide to a 150-foot-wide corridor for the rail and rail access road. See details on *Plan Sheet 11, Rail Spur Plan 1, Plan Sheet 12, Rail Spur Plan Sheet 2, Plan Sheet 13, Rail Spur Plan Sheet 3,* and *Plan Sheet 13A, Rail Spur Profile Detail.*

Construction of these components will occupy approximately 15.58 ac. and permanently impact 14.52 ac. of Wetland 1. Waterways within the rail corridor include Waterway G, Waterway F, and McLean Slough. Construction of the rail will permanently remove approximately 12,222 Cy of material from Wetland 1,227 Cy of material from McLean Slough, 973 Cy of material from Waterway F, and 2,353 Cy of material from Waterway G. As discussed above Waterways G and F will be permanently filled and relocated to the south of the rail spur. A portion of Waterway F and will cross under the rail spur on the east end. A culvert will be placed under the rail spur to continue the conveyance of drainage and irrigation water into Waterway F (*See Figure 12, Waterway Impact*

9                                                                                          November 2019

*Area* and *Plan Sheet 13, Rail Spur Plan Sheet 3*).

Stormwater Treatment swales will be located between Staging Area 2 and the rail spur and between the rail where it enters the plant and the ladder tracks. Stormwater Treatment Swales will collect stormwater runoff from the access road, the staging area, the rail yard, and rail access road. Culverts will be located under the tracks and between the Stormwater Treatment Swales and the relocated drainage ditches to allow filtered stormwater to enter the drainage ditches. Placement of the rail spur, the latter tracks, rail access road, and culverts will result in the permanent fill of approximately 17,742 Cy of material in Wetland 1,277 Cy of fill in McLean Slough, 3,405 Cy of fill in Waterway F and 2,353 Cy of fill in Waterway G.

- **Pipeline Alignment and Pipeline Access Road.** Construction of the pipeline alignment and pipeline access road will be performed concurrently with the facility construction. The above-ground pipeline will be approximately 6,445 ft. long with various widths between 10 ft. and 35 ft. (See *Plan Sheet 14, Pipeline Alignment Plan*). A portion of the pipeline will be built inside the facility as described in the narrative above. Outside of the facility the pipeline will run parallel with the new access road for approximately 1,315 ft. The pipeline will then turn and travel northwest for 2,520 ft., crossing over an irrigation ditch and under Hermo Road for 110 ft. before turning east. The pipeline will then run east and west along Hermo Road for 325 ft. before it turns north again, traveling approximately 2,175 ft. to the existing pipeline confluence with the terminalling partner.

  The pipeline will be aboveground and sit on pipe rack stanchion spaced appropriately along the pipeline route. The pipe rack stanchions' foundations will be concrete piers set on pilings. The footprint of each pipe rack stanchion will be approximately 300 sf., and the pilings will be placed 20 ft. deep. There will be approximately 215 pipe rack stanchions, requiring 430 pilings.

  A pipeline access road will be constructed along the portion of the pipeline that travels north and south from the new main access road to Hermo Road, as shown on Plan Sheets 14. The access road will be approximately 2,390 ft. long and 10 ft. wide and include culverted crossings of the existing ditches. Grading of the access road and fill and removal volumes are discussed under "Stripping and Grading" (See *Plan Sheet 15, Pipeline Maintenance Road Typical Cross Section*).

  Installation of the pipeline will require two road crossing. Road crossings will be constructed by running the pipeline through culverts that are set on grade with a berm over the culvert to allow for continued traffic flow. See *Plan Sheet 16, Hermo Road Piperack Crossing* for existing and proposed elevation and construction details.

  Construction of the pipeline rack stanchions, and pipeline access road will impact Wetlands 1 and 2 and Waterways A, B, and C. Impacts to wetlands will be from the construction of the pipe rack stanchions, installation of culverts, and the access road. Impacts to wetlands and waterways from the construction of the pipeline and access road are as follows:

### Table 5: Pipeline & Access Road Wetland/Waterway Removal/Fill Quantities

| Wetland | Acres | Pipe Rack Stanchion | | Access Road | |
| | | Removal | Fill | Removal | Fill |
|---|---|---|---|---|---|
| Wetland 1 | 0.72 | 925 Cy | 2,275 Cy | 1,350 Cy | 1,800 Cy |
| Wetland 2 | 0.04 | 3,800 Cy | 3,800 Cy | 0 | 0 |
| Totals | 0.76 | 4,725 Cy | 6,075 Cy | 1,350 Cy | 1,800 Cy |

| Waterways | Acres | Temporary | | Permanent | |
| | | Removal | Fill | Removal | Fill |
|---|---|---|---|---|---|
| Waterway A | 0.02 | 23 Cy | 56 Cy | 4 Cy | 10 Cy |
| Waterway B | 0.01 | 22 Cy | 54 Cy | 4 Cy | 10 Cy |
| Waterway C | 0.009 | 15 Cy | 37 Cy | 3 Cy | 7 Cy |
| Totals | 0.039 | 60 Cy | 147 Cy | 11 Cy | 27 Cy |

- **Landscaping.** In general, areas on-site not subject to equipment or facility use will be planted with a native upland seed mix, while certain areas along the perimeter of the site and subject to view

from right-of-way will receive native groundcover, shrubs, and trees. Within the site, the landscape areas within vehicular parking areas and adjacent to enclosed buildings will also receive a mix of trees, shrubs, and groundcover to meet the code requirements of the local jurisdiction. All plantings will occur in new fill and above the existing elevation of wetlands.

- **Restoration, Revegetation, and Hydroseeding.** Any disturbed areas otherwise not subject to the civil and landscape construction documents will be graded to facilitate effective drainage and replanted with a native vegetation mix. Temporary impacts to wetland areas will be restored in accordance with the "*NEXT Renewable Fuels Oregon Restoration Plan for Temporary Impacts to Wetlands*" (Appendix E).

**Demobilization.** Once all elements of construction are completed, the contractor will remove all construction equipment and waste materials. Temporary sediment and erosion controls will be removed once the site has been stabilized. Removal of the temporary sediment and erosion control measures will result in the removal of the 30 Cy of temporary fill.

**C. Construction Methods. Describe how the removal and/or fill activities will be accomplished to minimize impacts to waters and wetlands.**

**Construction Equipment:** Construction equipment for site development activities is specific to the contractor performing the work but will most likely include bulldozers, scrapers, excavators/backhoes, dump trucks, graders, cranes, compactors, trencher, pavers, vibratory hammer, and small hand equipment.

**General construction activities are as follows:**

- Implement perimeter erosion and sediment control measures protect waterways and wetland that extend of the site, and to minimize impacts to water quality.
- Construct staging and laydown areas using BMPs .
- Complete stripping and grading.
- Install underground storm and process water systems.
- Install underground utilities.
- Construct main access road.
- Construct Facility:
  - o Install erosion control measures. Maintain, expand, and remove as required.
  - o Install temporary construction facilities.
  - o Roughly grade and install underground utilities and storm drainage facilities.
  - o Apply topsoil to areas that do not receive other surfacing, install erosion control mats at designated areas, and seed. This will be completed in each area as practicable and will not be done at one time.
  - o Install piles and large and small equipment foundations.
  - o Install unit concrete topping slabs and backfill.
  - o Install tanks and tank containment berms.
  - o Install storm and process water systems.
  - o Install pipeline stanchions and pipeline.
  - o Install pre-treatment plant.
  - o Install hydrogen facility.
  - o Install Ecofining™ units.
  - o Construct office/administration buildings/laboratory.
- Construct above-ground pipeline and pipeline access road.
- Construct rail spur and rail spur access road.
- Complete site restoration.
- Landscape site and install fencing.
- Construct wetland mitigation site.
- Demobilize.
- Remove erosion and sediment control measures.

**Construction Methods:**

11                                                                                            November 2019

Typical construction methods will be utilized for the stripping, grading, road construction, installation of the underground utilities, stormwater, and processed water systems.  The steels piles for the foundations will be driven with a vibratory hammer to minimize noise impacts to wildlife and surrounding areas.  Construction of the concrete piles will utilize a ground improvement method known as Deep Mixing Method. A drill advances a mixing tool as binder slurry is pumped through the connecting drill steel, mixing the soil to the target depth. Additional mixing of the soil is completed as the tool is withdrawn to the surface. This process constructs individual soilcrete columns, rows of overlapping columns or 100% mass stabilization, all with a designed strength and stiffness.

**Minimization Measure During Construction:**

The following general BMPs will be implemented during construction to minimize impact to waters and wetlands:

- Construction limits will be clearly defined with stakes prior to the beginning of ground-disturbing activities. The project engineer or construction representative will meet with the contractor to ensure all parties understand the locations of project construction limits and measures that will be taken to protect them. No disturbance will occur beyond these limits. Erosion and sediment control measure as outline in the 1200-C Permit will be implemented to minimize and control pollution and erosion from stormwater.

- Construction will occur between the hours of 7:00 AM and 6:00 PM.

- All construction equipment will be maintained and in good working order to minimize the risk of fuel and fluid leaks or spills.

- A spill containment plan will be developed, and all necessary materials will be on-site prior to, and during, construction.

- If a leak or spill should occur, work will cease near any waterbody or wetland until the source of the leak is identified and corrected and the contaminants have been removed.

- All base temporary erosion and sediment control measures (i.e., inlet protection, perimeter sediment control, gravel construction entrances, etc.) must be in place, functional, and approved in an initial inspection prior to commencement of construction activities. Temporary erosion and sediment control measures will be maintained throughout construction.

- All clearing and excavation will be accomplished in ways that minimize soil disturbance, compaction, and impacts to vegetation whenever possible.

- Refueling activities will be conducted within designated refueling areas away from waterbody or wetland areas. For track-mounted equipment, and other equipment whose limited mobility makes it impractical to move for refueling, precautions will be taken to minimize the risk of fuel reaching the project's regulated work area. Spill prevention measures and fuel containment systems designed to completely contain a potential spill will be implemented, as well as other pollution control devices and measures (such as diapering, parking on absorbent material, etc.) adequate to provide containment of hazardous materials.

- Temporary stabilization measures will be employed on slopes, inactive areas, and areas subject to wind erosion.

- Construction BMPs will be implemented to control dust and limit impacts to air quality, including:
  - Cover loads and ensure adequate freeboard to prevent soil particles from blowing away during transport.
  - Wet down fill material and dust on site, whenever practicable.
  - Remove excess dirt, dust, and debris from roadway.
  - Revegetate disturbed soil as soon as practicable.

- Measures to minimize noise impacts will be implemented during construction, including:
  - Turn off equipment when not in use for more than 30 minutes.

- o   Utilize a vibratory hammer to install steel piles.
- o   Use only well-maintained and properly functioning equipment and vehicles.

- • BMPs for stormwater runoff controls will be implemented, including:
  - o   Install temporary sediment control devices such as filter fabric fences or sediment traps.
  - o   Sediment barriers shall be installed immediately following establishment of earthwork activities prone to erosion.
  - o   Exposed soils and soil stockpiles will be temporarily stabilized at the end of shifts and before holidays and weekends, if needed. Stockpiles shall be placed in a stable location and configuration and covered with plastic sheeting during "wet weather."
  - o   Temporary stabilization with a covering of blown straw and a tackifier, loose straw, or an adequate covering of compost mulch will be provided for portions of the site where construction activities will cease for 14 days or more.
  - o   Minimize soil disturbance and reseed disturbed areas as soon as practicable.

- • BMPs for culvert installation to maintain water quality will be implemented, including:
  - o   Wetland areas and waterways will be designated for protection with silt fencing.
  - o   Refueling activities will be conducted within designated refueling areas away from waterbody or wetland areas.
  - o   All vehicles and equipment operated within 150 ft. of any waterbody will be inspected daily for fluid leaks before leaving the vehicle staging area. Any leaks detected will be repaired before the vehicle resumes operation. When not in use, vehicles will be stored in the designated staging area, which will be located outside all wetlands and waterways, and their buffers.
  - o   Vegetation removal will be minimized to the greatest extent possible, and erosion control blankets will be used to assist in the rapid revegetation of sites disturbed by culvert replacements or temporary impacts.

## (4) PROJECT DESCRIPTION (continued)

**D. Describe source of fill material and disposal locations if known.**

**Fill materials.** Fill materials will include reuse of on-site soils, imported clean soils, culvert pipe, rebar-reinforced concrete, foundation aggregate, pilings, and other structural material for construction of the facility and ancillary components. Materials will be sourced from local suppliers as determined by the contractor.

**Disposal.** Excess materials removed from the project area will be disposed of at an upland location determined by the contractor and approved by the local jurisdiction. The design team does not anticipate contaminated soils, but if found they would be transported off-site to an approved facility.

**E. Construction timeline.**

**What is the estimated project start date?**                     April 2022

**What is the estimated project completion date?**           December 2024

**Is any of the work underway or already complete?**
**If yes, please describe.**                     ☐ Yes     ☑ No

**F. Removal Volumes and Dimensions** (if more than 7 impact sites, include a summary table as an attachment)

| Wetland / Waterbody Name * | Removal Dimensions | | | | | Time Removal is to remain** | Material*** |
|---|---|---|---|---|---|---|---|
| | Length (ft.) | Width (ft.) | Depth (ft.) | Area (sq.ft. or ac.) | Volume (c.y.) | | |
| See Attachment D, Removal/Fill Table | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### G. Total Removal Volumes and Dimensions

| Total Removal to Wetlands and Other Waters | | Length (ft.) | Area (sq. ft or ac.) | Volume (c.y.) |
|---|---|---|---|---|
| Total Removal to Wetlands | | | | |
| Total Removal Below Ordinary High Water | | | | |
| Total Removal Below **Highest Measured Tide** | | | | |
| Total Removal Below **High Tide Line** | | | | |
| Total Removal Below **Mean High Water Tidal Elevation** | | | | |

### H. Fill Volumes and Dimensions (if more than 7 impact sites, include a summary table as an attachment)

| Wetland / Waterbody Name* | Fill Dimensions | | | | | Time Fill is to remain** | Material*** |
|---|---|---|---|---|---|---|---|
| | Length (ft.) | Width (ft.) | Depth (ft.) | Area (sq. ft. or ac.) | Volume (c.y.) | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### (4) PROJECT DESCRIPTION (CONTINUED)

### I. Total Fill Volumes and Dimensions

| Total Fill to Wetlands and Other Waters | | Length (ft.) | Area (sq. ft or ac.) | Volume (c.y.) |
|---|---|---|---|---|
| Total Fill to Wetlands | | | | |
| Total Fill Below Ordinary High Water | | | | |
| Total Fill Below **Highest Measured Tide** | | | | |
| Total Fill Below **High Tide Line** | | | | |
| Total Fill Below **Mean High Water Tidal Elevation** | | | | |

*If there is no official name for the wetland or waterbody, create a unique name (such as "Wetland 1" or "Tributary A").
**Indicate whether the proposed area of removal or fill is permanent or, if you are proposing temporary impacts, specify the days, months or years the fill or removal is to remain.
*** Example: soil, gravel, wood, concrete, pilings, rock etc.

### (5) PROJECT PURPOSE AND NEED

**Provide a statement of the purpose and need for the overall project.**

**Project Purpose**

The purpose of the NEXT Renewable Fuels Oregon Project is to construct and operate a renewable fuels facility to provide renewable fuels to West Coast markets that are mandated under the renewable fuel's standards and state low-carbon mandates.

**Project Need**

This project is needed to provide a reliable source of renewable fuels to West Coast markets that are mandated by the Renewable Fuel Standard (RFS) program or other state mandates that require carbon fuels reductions. With the implementation of the Renewable Fuel Standard program, other state mandates, and regional coalitions, the demand for and consumption of renewable fuels on the West Coast has seen unprecedented increases since 2018. Although nearly every gallon of renewable diesel produced in the U.S. is sent to supply California, demand is still not being met by U.S. production. The current supply does not consider the demand from other West Coast locations, nor does it allow for the expansion of renewable diesel use in other areas of the U.S.  The demand for renewable diesel will continue to increase with the adoption of additional low-carbon fuel policies. The construction of a renewable diesel facility in the Pacific Northwest will establish an environmentally responsible means of providing and supplying a reliable source of renewable fuels to West Coast markets that have mandated carbon fuels reductions.

A full description of the project need is included in the "Alternatives Analysis for the NEXT Renewable Fuels Oregon Project" (See Appendix F).

## (6) DESCRIPTION OF RESOURCES IN PROJECT AREA

**A. Describe the existing physical, chemical, and biological characteristics of each wetland or waterbody. Reference the wetland and waters delineation report if one is available.  Include the list of items provided in the instructions.**

**Project Area**

The project area is defined as the project site including the staging and operating areas for the facility, access driveways, the proposed rail spur to connect with the existing port spur, the pipeline from the facility to the confluence with the existing terminalling partner's existing pipeline easement, the haul road, and unloading dock.  The following is a general description of the project area's existing environmental baseline conditions based on database research, site visits, descriptions of previous actions within the project area affecting the baseline conditions, and a description of habitat features that would be affected by the proposed project.

The project area is generally flat agricultural and industrial land bounded by the Columbia River to the north, Bradbury Slough to the east, Hermo Road and agricultural land to the west, and Quincy-Mayger Road and forested hillsides to the south. The soils in the sloping areas are generally derived from weathering igneous basalt and marine sandstone and siltstone. The flatter agricultural areas are limited to pasture and low intensity uses. Portions of the undeveloped areas within the project area are Class II and Class V agricultural soils and are currently used as pasture.

The project site includes a mosaic of habitats, including westside riparian wetlands, agriculture/pastureland, and low-density urban development. Open-water habitat occurs in the form of drainage/irrigation ditches, which are low gradient and flat bottomed, and contain a silt-dominated substrate.

**Vegetation**

The vegetation within the project area generally consists of forbs and grasses. Dominant species include velvetgrass *(Holcus lanatus)*, rough bentgrass *(Agrostis exarata)*, horsetail *(Equisetum arvense)*, and reed canarygrass *(Phalaris arundinacea)*. A portion of the project is adjacent to mint farming activities and planted *Populus* species tree farms. Reed canarygrass and dense thickets of Himalayan blackberry *(Rubus discolor)* are present along and within the project site.

**Habitat**

Agricultural and pasture habitat covers approximately 75-percent of the proposed project area. This habitat often dominates the landscape in flat or gently rolling terrain, on well-developed soils, broad river valleys, and areas with access to abundant irrigation water. Unlike other habitat types, agricultural habitat is often characterized by regular landscape patterns (squares, rectangles, and circles) and straight borders because of ownership boundaries and multiple crops within a region. Edges can be abrupt along the habitat borders within agricultural habitat and with adjacent habitats.

**Jurisdictional Resource**

A wetland delineation of the site was conducted by Anderson Perry & Associates, Inc., in 2019, 2020, and 2021 which identified six wetlands totaling 141.04 ac. in two study areas, (Study Area A and B) and approximately 10,095 linear ft. 1.82 ac.) of drainage/irrigation ditches in Study Area A (See Appendix B, "*Wetland Delineation Report NEXT Renewable Fuels Oregon*").

It is anticipated that the wetlands will be jurisdictional under the US Army Corps of Engineers (USACE) and the Department of State Lands (DSL) guidelines. At the time of submitted, DLS has not finalized the review of the Delineation Report.  For this application it is assumed that the drainage/irrigation ditches are jurisdictional. The resources are described below. Table 6 shows the acreage and type of wetlands that were delineated in the study areas, and Table 7 shows the area of the waterways within the study areas.

**Wetlands**

**Wetland 1** – Wetland 1 is in Study Area A and is classified as palustrine emergent (PEM) and palustrine scrub-shrub (PSS) with an HGM classification of Flats. The wetland is not entirely contained within the study area, as it extends out of the study area to the north, east, and west. Wetland 1 is the most extensive wetland in the study area, covering the eastern and southern parts of the site. It primarily consists of pasture, mint fields, and a portion of an existing poplar tree farm. Three areas of upland are present within the pasture that forms the main part of the study area and Wetland 1, which appears to be fill material likely from the construction of other industrial plants in the vicinity. These areas are slightly raised above the elevation of the surrounding wetland, with flat surfaces, and may possibly have been used as storage platforms for hay or other materials.

Vegetation observed in this wetland included sedges, rushes, various native and introduced grasses, and smaller amounts of forbs. There are extensive Himalayan blackberry thickets in some areas, and a stand of poplar saplings in the northwest corner of the main part of the study area. This wetland appears to be supported by precipitation, irrigation water, surface runoff, and groundwater.

**Wetland 2** – Wetland 2 is in Study Area A and is classified as PEM with an HGM classification of Flats. The wetland is not entirely contained within the study area, as it extends to the west and north. Wetland 2 is located in the central portion of the new pipeline corridor, north of Hermo Road.

Vegetation observed in this wetland included reed canarygrass, Himalayan blackberry, and smaller amounts of grasses and forbs. It appears to be supported by precipitation, irrigation water, surface runoff, and groundwater.

**Wetland 3** – Wetland 3 is in Study Area A and is classified as PEM with an HGM classification of Flats. The wetland is not entirely contained within the study area, as it extends to the east. It is also located along the pipeline corridor, in a depression between the access road and the PGE facility.

Vegetation observed in this wetland included reed canarygrass, Himalayan blackberry, sedges, rushes, various native and introduced grasses, and smaller amounts of forbs. The wetland appears to be supported by precipitation, irrigation water, surface runoff, and groundwater.

**Wetland 4** – Wetland 4 is in Study Area A and is classified as PEM and Palustrine Forested (PFO) with an HGM classification of Flats. The wetland is not entirely contained within the study area, as it extends to the north. This wetland is located along the pipeline corridor adjacent to the Columbia River.

Vegetation observed in this wetland included alder, cottonwood, willow, reed canarygrass, Himalayan blackberry, sedges, rushes, various native and introduced grasses, and smaller amounts of forbs. The wetland appears to be supported by precipitation, surface runoff, and groundwater.

**Wetland 5** – Wetland 5 is in Study Area B, bordered by the fill slopes of the small barge dock and Kallunki Road.   This area is not depicted as wetlands on the NWI Map.  Based on site observations, this wetland is classified as PEM.  The wetland is entirely contained within the study area.

Vegetation observed in this wetland included reed canarygrass, Himalayan blackberry, sedges, rushes, various native and introduced grasses, and smaller amounts of forbs. The wetland appears to be supported by precipitation and surface runoff.

 **Wetland 6** – Wetland 6 is in Study Area B, bordered by the fill slopes of Kallunki Road, an electrical substation, and access roads.  This area is depicted as wetland on the NWI Map. Based on site observations, this wetland is classified as PEM.  The wetland is entirely contained within the study area.

Vegetation observed in this wetland included reed canarygrass, Himalayan blackberry, sedges, rushes, various native and introduced grasses, and smaller amounts of forbs. The wetland appears to be supported by precipitation and surface runoff.

**Table 6: Jurisdictional Wetlands**

| Study Area | Wetland | HGM Class[1] | Cowardin Class[2] | USACE Category and Basis | Sample Plot No. | Acres in Study Area |
|---|---|---|---|---|---|---|
| A | 1 | Flats | PEM/PSS | Cat. 7 - Adjacent to Columbia River | 1 through 22[3], 24, 28 through 39, 43, 44, 48 through 54 | 136.78 |
| | 2 | Flats | PEM | Cat. 7 - Adjacent to Columbia River | 40, 45 | 1.02 |
| | 3 | Flats | PEM | Cat. 7 - Adjacent to Columbia River | 25, 26, 41, 42 | 1.98 |
| | 4 | Flats | PEM/PFO | Cat. 7 - Adjacent to Columbia River | 27 | 0.31 |
| B | 5 | Flats | PEM | Cat. 7 - Adjacent to Columbia River | 46 | 0.07 |
| | 6 | Flats | PEM | Cat. 7 - Adjacent to Columbia River | 47 | 0.88 |
| | | | | | Total | 141.04 |

**Waterways**

Numerous non-wetland waterways were identified in the project area; all are unnamed irrigation ditches except for McLean Slough, that convey irrigation water or drain the agricultural fields in the area. The Oregon Steam Functional Assessment Method (SFAM) was not used to evaluate these ditches as the ditches are not wadable. Since these ditches are all part of the same interconnected drainage network, they were not individually named in the WDR; however, the location of each is shown in Appendix B, "*Wetland Delineation Report NEXT Renewable Fuels Oregon*", Figures 6A through 6W, and have been identified as Waterways A through G and McLean Slough on *Figure 11, Existing Waterways* for ease of reference in this application.

These ditches drain south via McLean Slough and Beaver Slough for approximately six miles before the water is then pumped into the Clatskanie River, which ultimately flows to the Columbia River; however, there is no free and open connection to a fish-bearing waterway. A total of 10,095 linear ft. (1.82 ac.) of

ditches are within the study area. The Columbia River is located outside of the project area The impact area of each waterway is listed on Table 7 and corresponds with Figure 11.

### Table 7: Drainage/Irrigation Ditches

| DRAINAGE/IRRIGATIONDITCHES | |
|---|---|
| **Waterway** | **Area (Square Feet)** |
| Waterway A | 846 |
| Waterway B | 901 |
| Waterway C | 595 |
| Waterway D | 4,226 |
| Waterway E | 26,617 |
| Waterway F | 26,262 |
| Waterway G | 18,150 |
| McLean Slough | 1,746 |
| Total Area | **79,343** |

### Functional Assessment

The Oregon Rapid Wetland Assessment Protocol (ORWAP) version 3.2 was used to evaluate the wetlands in the study area. The ORWAP spreadsheets generate scores intended to reflect a wetland's ability to support a variety of specific *functions*, and then evaluate the *value* of each function to ecosystem and societal needs. The scores and ratings for specific functions and values are shown in Tables ((1)) and ((2)) below, while the grouped functions and values are shown in Table ((3)) below. The spreadsheets for the ORWAP assessment can be found in Appendix B.

### Table 8 (1–3): Functional Assessment

#### Table ((1))

| Specific Function or Value | Function Score | Function Rating | Rating Break Proximity | Values Score | Values Rating | Rating Break Proximity |
|---|---|---|---|---|---|---|
| Water Storage & Delay (WS) | 3.18 | Lower | | 0.00 | Lower | |
| Sediment Retention & Stabilization | 3.37 | Lower | LM | 9.05 | Higher | |
| Phosphorus Retention (PR) | 5.30 | Moderate | | 8.17 | Higher | |
| Nitrate Removal & Retention (NR) | 3.10 | Lower | | 10.00 | Higher | |
| Anadromous Fish Habitat (FA) | 0.00 | Lower | | 0.00 | Lower | |
| Resident Fish Habitat | 0.00 | Lower | | 0.00 | Lower | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Amphibian & Reptile Habitat (AM) | 7.76 | Higher | | 3.61 | Lower | |
| Waterbird Nesting Habitat (WBN) | 7.13 | Higher | MH | 10.00 | Higher | |
| Waterbird Feeding Habitat (WBF) | 9.23 | Higher | | 10.00 | Higher | |
| Aquatic Invertebrate Habitat (INV) | 1.79 | Lower | | 2.60 | Lower | |
| Songbird, Raptor, Mammal Habitat (SBM) | 5.18 | Moderate | | 10.00 | Higher | |
| Water Cooling (WC) | 2.31 | Lower | LM | 10.00 | Higher | |
| Native Plant Diversity (PD) | 6.37 | Moderate | MH | 2.18 | Lower | |
| Pollinator Habitat (POL) | 7.60 | Higher | MH | 3.92 | Moderate | |
| Organic Nutrient Export (OE) | 5.90 | Moderate | | | | |
| Carbon Sequestration (CS) | 5.16 | Moderate | | | | |
| Public Use & Recognition (PU) | | | | 3.48 | Lower | LM |

Table ((2))

| Other Attributes | Score | Rating | Rating Break |
|---|---|---|---|
| Wetland | 2.84 | Moderate | |
| Wetland Ecological | 5.02 | Moderate | |
| Wetland Stressors | 6.34 | Higher | MH |

Table ((3))

| Groups | Selected Functions | Function Rating | Rating Break Proximity | Values Rating | Rating Break Proximity |
|---|---|---|---|---|---|
| Hydrologic Function | Water Storage & Delay | Lower | | Lower | |
| Water quality Support (SR, PR, or NR) | Phosphorus Retention | Moderate | | Higher | |

19    November 2019

| Fish Habitat (FA or FR) | Anadromous Fish | Lower | | Lower | |
| Aquatic Habitat (AM, WBF, or WBN) | Waterbird Nesting Habitat (WBN) | Higher | MH | Higher | |
| Ecosystem Support (WC, INV, PD, POL, SBM, or OE) | Songbird, Raptor, Mammal Habitat (SBM) | Higher | MH | Moderate | |

As indicated in Table ((3)), the impacted wetlands received a Lower rating for the Hydrologic Function and Fish Habitat group functions and values, while the remaining groups (Water Quality, Aquatic Habitat, and Ecosystem Support) have Moderate and High function and value ratings. This indicates that while the water storage and delay (Hydrologic Function) and Fish Habitat functions and values of the wetlands may have somewhat diminished importance to the area, other functions and values of the wetlands play a valuable role in the landscape.

## Species and Habitat

Within the project area the drainage/irrigation ditches may contain resident fish species that are tolerant of poor water quality such as suckers (*Catostomus* sp.), carp (*Cyprinus carpio),* and sculpins (*Cottus* sp.). The ditches also may contain suitable habitat for amphibian species such as northwestern salamanders (*Ambystoma gracile*), bullfrogs (*Rana catesbeiana*), and roughskin newts (*Taricha granulosa).* The associated riparian vegetation and upland locations may contain suitable habitat for songbirds such as song sparrow (*Melospiza melodia*) and Brewer's blackbird (*Euphagus cyanocephalus*), as well as deer and small mammals such as deer mice (*Peromyscus maniculatus*) and voles (*Microtus* sp.).

## Endangered Species Act–Listed Species

A biologist completed a site visit of the action area in the fall of 2020, and a biological evaluation for this project will be completed in the winter of 2021 in consultation with USACE and will be provided as a supplement to this JPA. ESA-listed species within the project area are as follows:

### Columbian White-Tailed Deer

The only listed species within the project area is the Columbian white-tailed deer. Columbian white-tailed deer have been documented within the action area. The level of disturbance from project activities to the deer will depend on construction timing, proximity of the deer to construction activities, and the duration of construction. Deer are most active at dawn and dusk, and construction will primarily occur during daylight hours. Construction will occur within the generalized area, so deer should easily be able to avoid construction activities by moving to a different area. Given the size and openness of the action area, this temporary displacement should not significantly affect foraging or movement. In addition, because of ongoing industrial activity in the Port Westward area, including large truck traffic within the proposed project area, effects from construction activities may not rise significantly above ambient levels.

### Fish Species

While listed salmonids are present within the Lower Columbia River near adjacent to the project area, these species are not present within the action area. Federally listed fish species do not occur within the drainage district ditches in the project area, and the project is approximately six miles through the ditch system from salmonid habitat shown on the StreamNet internet site. The topography of the site and ditches are flat, minimal, or reversed, and generally, the flow direction is to the south; however, it is often indiscernible. The ditches are below sea level, with an average slope between the project site and the pump station of less than 0.0002 ft./ft. in a distance of about eight miles. In the dry months (roughly June through September) the ditch surface elevations and

volumes are driven by flows introduced at the upstream irrigation gate and drawn down and regulated by the downstream pump station. During the dry months, flashboard dams in the system are used to artificially raise water surface elevations. The pump station floats have a summertime setting of 8.5 ft. below sea level, and a wintertime setting of 6.5 ft. below sea level. Any water surface above these elevations triggers the three pumps to turn on at the pump station. Each pump has a pumping capacity of 40,000 gallons per minute (gpm) for a total of 120,000 gpm or 267 cubic ft. per second (cfs).

**Plant Species**

**Nelson's Checker-Mallow, Bradshaw's Desert-Parsley, and Willamette Daisy**

There have been no plant surveys at the project site or mitigation site; however, it is unlikely that these species native to wet prairies are present within the areas of ground disturbance. Areas of the project site are either mowed for hay or have a dense cover of non-native blackberries on ditch banks, and the mitigation site has a dense stand of mature cottonwoods. Suitable habitat for these species includes full sun with few disturbances from mowing or grazing, and they cannot compete with typical pasture grasses and herbaceous plants such as those at the project site.

**Kincaid's Lupine**

There have been no plant surveys at the project site or mitigation site; however, it is unlikely that Kincaid's lupine is present within these areas of ground disturbance. Areas of the project site are either mowed for hay or have a dense cover of non-native blackberries on ditch banks, and the mitigation site has a dense stand of mature cottonwoods. These are not suitable habitats for Kincaid's lupine, which requires full sun and few disturbances from mowing or grazing. Additionally, open areas at the project site contain typical pasture grasses and herbaceous plants so that Kincaid's lupine cannot compete with them.

**Oregon Biodiversity Information Center Report**

According to the Oregon Biodiversity Information Center Report dated September 8, 2020, and lists obtained from US Fish and Wildlife Services (USFWS) and National Marine Fisheries Services (NMFS), the following species may occur in the project vicinity and/or within Columbia County, but are not likely to occur in the project area:

**Table 9: ESA-List Species in Columbia County**

| Species | ESU/DPS | Federal Status[1] | Habitat within Action Area |
|---|---|---|---|
| Steelhead (*Oncorhynchus mykiss*) | Upper Columbia River DPS | T | No |
| | Middle Columbia River DPS | T | |
| | Lower Columbia River DPS | T | |
| | Upper Willamette River DPS | T | |
| | Snake River Basin DPS | T | |
| Chinook salmon (*Oncorhynchus tshawytscha*) | Upper Columbia River spring-run ESU | E | No |
| | Lower Columbia River ESU | T | |
| | Snake River fall-run ESU | T | |
| | Snake River spring/summer-run ESU | T | |
| | Upper Willamette River ESU | T | |
| Chum salmon (*Oncorhynchus keta*) | Columbia River ESU | T | No |
| Coho salmon (*Oncorhynchus kisutch*) | Lower Columbia River ESU | T | No |
| Sockeye salmon | Snake River ESU | E | No |

21                                                                                                November 2019

| | | | |
|---|---|---|---|
| (*Oncorhynchus nerka*) | | | |
| Bull trout (*Salvelinus confluentus*) | Columbia River DPS | T | No |
| Green sturgeon (*Acipenser medirostris*) | Southern DPS | T | No |
| Eulachon (*Thaleichthys pacificus*) | Southern DPS | T | No |
| Columbian white-tailed deer (*Odocoileus leucurus*) | N/A | T | Yes |
| Marbled murrelet (*Brachyramphus marmoratus*) | N/A | T | No |
| Northern spotted owl (*Strix occidentalis caurina*) | N/A | T | No |
| Streaked horned lark (*Eremophila alpestris strigata*) | N/A | T | Possibly |
| Yellow-billed cuckoo (*Coccyzus americanus*) | N/A | T | No |
| Bradshaw's desert-parsley (*Lomatium bradshawii*) | N/A | E (Proposed for delisting) | Possibly |
| Kincaid's lupine (*Lupinus sulphureus ssp. kincaidii*) | N/A | T | No |
| Nelson's checker-mallow (*Sidalcea nelsoniana*) | N/A | T | Possibly |
| Willamette daisy (*Erigeron decumbens*) | N/A | E | Possibly |

[1] T = Threatened, E = Endangered
DPS = distinct population segment
ESU = evolutionarily significant unit
N/A = Not Applicable

**100-Year Floodplain**

The project site is wholly within the Beaver Drainage District and outside of the 100-year Floodplain. See *Figure 6, Floodplain Map*.

**Hydraulic Characteristics**

The project area receives water from precipitation and groundwater. Surface and subsurface hydrology in the project area has been altered by agricultural practices, including ditching, as well as the construction of the dike, roads, railroads, and industrial facilities.

The hydraulics are primarily driven by the Beaver Drainage/Irrigation District's pump station between Beaver Slough and Beaver Dredge Cut and the inlet gate at John Slough with relatively minor influences from groundwater infiltration and drainage from Tank Creek. When water is in the ditches, the hydraulics are driven by the Beaver Drainage District pump station, and water levels and volumes in the ditches are driven by floats at the pump station.

**Cultural Resource/Section 106**

To comply Section 106 of the National Historic Preservation Act, a Phase 1 Cultural Resources Inventory was conducted in December 2020 by Archaeological Services, LLC. (See Appendix G – "Phase One Cultural Resources Survey of the NEXT Renewable Fuels Oregon Project Area, Columbia County, Oregon.")

Four Archaeological sites are mapped within the APE, including three that were identified during the pedestrian survey. Subsurface investigation, targeting high probability areas, will be conducted in 2021. A research design for this next phase of study will be developed in discussions with consulting parties (including USACE, Oregon SHPO, and Tribes).

**Section 408**

Section 408 is authorized in Section 14 of the Rivers and Harbors Appropriation Act of 1899. Section 408 provides that the Secretary of the Army may, on recommendation of the Chief of Engineers, grant permission for the alteration of a public work so long as the alteration is not injurious to the public interest and will not impair the usefulness of the work. The project site is contained within the Beaver Drainage District, which is surrounded by the drainage dike that is considered a public work project. The dike is currently used as the access road for the Port Westward Industrial site. Use of the road will be consistent with current and past activities. The project will have no effect on the dike or the purpose of the dike.

**B. Describe the existing navigation, fishing and recreational use of the waterbody or wetland.**

There are no navigable waterways in the project area. The area is not used for fishing or recreation, as much of the area is farmed or industrial. Additionally, public access to the Port Westward Industrial Park is limited for security reasons.

23                                                                                                      November 2019

## (7) PROJECT SPECIFIC CRITERIA AND ALTERNATIVES ANALYSIS

**Describe project-specific criteria necessary to achieve the project purpose.  Describe alternative sites and project designs that were considered to avoid or minimize impacts to the waterbody or wetland.**[*]

**Project-Specific Criteria**

The purpose of the Next Renewable Fuels Oregon Project is to construct and operate a renewable fuels facility to provide renewable fuels to West Coast markets that are mandated under the Renewable Fuel Standard and state low-carbon mandates. The preferred alternative must meet the following project-specific criteria and have the least environmental impacts.

- Construct and operate a renewable fuels facility of size to achieve economies of scale
- Supply renewable diesel to West Coast Markets
- Be able to offload feedstock transported by vessel

An assessment of the project alternatives was carried out utilizing the US Army Corp of Engineers Alternative Analysis Framework to fulfill the requirements of the National Environmental Policy Act. Under NEPA and the Clean Water Act Section 404 (b)(1) Guidelines, the Corps is required to evaluate alternatives to a proposed project. The complete analysis is in Appendix F, "Alternatives Analysis for the NEXT Renewable Fuels Oregon Project".

In summary, the Applicant was first able to determine a general geographical location utilizing the project purpose, which includes a geographical location, practicable cost, and logistical availability and access to land.

- Geographical Area – The facility must be located on the West Coast to serve West Coast Markets and receive international feedstock.

- Practicable Cost – The Applicant has determined that an economically viable renewable diesel facility must have a throughput capacity of 50,000 bbl/d of renewable diesel.

- Logistical Availability and Access to Land – To achieve throughput capacity of contracted feedstocks from international markets, the facility must have access to (or space to build) a dock capable of simultaneously loading and unloading international vessels with a 39.5-ft. draft. A configuration with two berths, capable of accepting and unloading international vessels, is needed to provide the necessary throughput capacity. The site must also be accessible by manifest rail for the economic transport of production products (primarily bleaching earth) to and from the facility.

- Availability and Access to Land – In order to build a facility of this capacity, all potentially viable sites must have access and availability of a minimum of 105 ac. of buildable land to accommodate the facility footprint.

Based on the above criteria the applicant determined that sites with navigable water access in Oregon and Washington were not only practicable but also provide an economic and environmental advantage over other ports on the West Coast.

The Applicant evaluated 24 sites in the Pacific Northwest (*See Figure 16, Vicinity Map Pacific Northwest Sites*). A two-tier framework was developed to screen potential sites. Utilizing a broad criterion for Tier I screening, the applicant was able to eliminate 23 of the 24 sites based on the following criteria:

- Availability of suitable acreage – 105 contiguous ac.
- Access to navigable waters
- Access to or ability to construct a dock with two berths

---

[*] Not required by the Corps for a complete application but is necessary for individual permits before a permit decision can be rendered.

- Access to manifest rail service

Only Port Westward in Columbia County, Oregon, met the selection criteria listed above. The Applicant identified seven potential sites at Port Westward to be evaluated in the second-tier analysis (*See Figure 17, All Port Westward Alternative Sites*). Second-tier criteria were developed utilizing the guideline of cost, existing technology, and logistics as outlined in the US Army Corp of Engineers Alternative Analysis Framework. Second-tier criteria are listed below:

- cost
    - ability to accommodate operations up to 50,000 bbl/d of renewable diesel
    - access to land that is zone for industrial development
    - ability to accommodate international shipping vessels for import of feedstocks
- existing technology
    - access to existing natural gas pipelines
    - access to existing power line
    - access to existing railways
    - access to existing wastewater disposal
    - access to existing water supply system
- logistics
    - suitable acreage and configuration
    - access to two berths for off-loading and on-loading
    - access to a deep-water port accommodating drafts of 39.5 ft.
    - access to 42 MW of electricity
    - access to 38,00 Mmbtu/day of natural gas
    - access to 1300 gallons/minute of freshwater
    - access to light rail capacity
    - land approval/land accessibility/zoning

Through initial screening and evaluation of the seven sites located at Port Westward, the Applicant eliminated sites 5, 6 and 7 due to the landowner approval and land accessibility criteria. The Applicant was not able to gain landowner approval and/or the estimated timeline for rezoning the property deemed them infeasible, thus leaving four sites to be evaluated under the second-tier criteria.

Of the four sites evaluated in the second-tier screening utilizing the developed project criteria, only one met the overall project criteria used to determine if a site had the ability to achieve the defined project purpose and was therefore a practicable alternative. Only the POCC parcel/Teevin property met all project criteria and was deemed a practicable alternative. As required by the USACE Alternative Analysis, the Applicant has included a no-action alternative in the analysis. The following alternatives were carried through the environmental analysis:

- Alternative 1: POCC parcel/Teevin property (preferred alternative)
- Alternative 2: No action

- Alternative 1 - POCC parcel/Teevin property (preferred alternative) – Under this alternative the NEXT Renewable Fuels Facility would be built in the Pacific Northwest, utilizing suitable acreage that is available and is zoned for industrial use. Additionally, the preferred site has access to existing technology including utilities, pipelines, two berths, and manifest rail, reducing the environmental impacts of constructing new infrastructure. The preferred site is cost-effective, as it has access to a terminalling partner who will utilize an existing deep-water dock with two berths to import feedstocks and export renewable fuel.

    - Project-Specific Criteria: This is the preferred alternative because it meets all project-specific criteria. By utilizing the preferred site, a renewable fuels facility would be built. This alternative has access to navigable waters and would allow

the Applicant to receive feedstock via vessel and supply renewable diesel to West Coast Markets, with the least environmental impacts of the sites evaluated.

- No-Build Alternative – Under the no-build alternative, the NEXT Renewable Fuels Oregon Project would not be constructed, and the project purpose and need would not be satisfied.

Project-Specific Criteria: This alternative is not considered a feasible alternative because it does not meet any of the project-specific criteria. Under this alternative a renewable fuels facility would not be built, and the applicant could not supply renewable diesel to West Coast markets.

## (8) ADDITIONAL INFORMATION

| | | |
|---|---|---|
| Are there state or federally listed species on the project site? | ☒ Yes  ☐ No  ☐ Unknown |
| Is the project site within designated or proposed critical habitat? | ☐ Yes  ☒ No  ☐ Unknown |
| Is the project site within a national Wild and Scenic River ? | ☐ Yes  ☒ No  ☐ Unknown |
| Is the project site within a State Scenic Waterway? | ☐ Yes  ☒ No  ☐ Unknown |
| Is the project site within the 100-year floodplain? | ☐ Yes  ☒ No  ☐ Unknown |

**If yes to any above, explain in Block 6 and describe measures to minimize adverse effects to those resources in Block 7.**

| | | |
|---|---|---|
| Is the project site within the Territorial Sea Plan (TSP) Area? | ☐ Yes  ☒ No  ☐ Unknown |

**If yes, attach TSP review as a separate document for DSL.**

| | | |
|---|---|---|
| Is the project site within a designated Marine Reserve? | ☐ Yes  ☒ No  ☐ Unknown |

**If yes, certain additional DSL restrictions will apply.**

| | | |
|---|---|---|
| Will the overall project involve ground disturbance of one acre or more? | ☒ Yes  ☐ No  ☐ Unknown |

**If yes, you may need a 1200-C permit from the Oregon Department of Environmental Quality (DEQ).**

| | | |
|---|---|---|
| Is the fill or dredged material a carrier of contaminants from on-site or off-site spills? | ☐ Yes  ☒ No  ☐ Unknown |
| Has the fill or dredged material been physically and/or chemically tested? | ☒ Yes  ☐ No  ☐ Unknown |

**If yes, explain in Block 6 and provide references to any physical/chemical testing report(s).**

| | | |
|---|---|---|
| Has a cultural resource (archaeological and/or built environment) survey been performed on the project area? | ☒ Yes  ☐ No  ☐ Unknown |
| Do you have any additional archaeological or built environment documentation, or correspondence from tribes or the State Historic Preservation Office? | ☒ Yes  ☐ No  ☐ Unknown |

**If yes, provide a copy of the survey and/or documentation of correspondence with this application to the Corps only.  Do not describe any resources in this document. Do not provide the survey or documentation to DSL.**

Is the project part of a DEQ Cleanup Site? No☒ Yes☐ Permit number _____
DEQ contact._____

Will the project result in new impervious surfaces or the redevelopment of existing surfaces? Yes ☒ No ☐
**If yes, the applicant must submit a post-construction stormwater management plan as part of this application to DEQ's 401 WQC program for review and approval, see  https://www.oregon.gov/deq/FilterDocs/401wqcertPostCon.pdf**

Identify any other federal agency that is funding, authorizing or implementing the project.

26                                                                                                           November 2019

| Agency Name | Contact Name | Phone Number | Most Recent Date of Contact |
|---|---|---|---|
| US Army Corps of Engineers | Joseph Brock | (503)808-4377 | 6/22/2021 |

List other certificates or approvals/denials required or received from other federal, state or local agencies for work described in this application.

| Agency | Certificate / approval / denial description | Date Applied |
|---|---|---|
| Oregon Department of Environmental Quality (DEQ) | Air Containment Discharge Permit | In process |
| DEQ | 401 Certification | 1/15/2021 |
| DEQ | 1200-Z Industrial Stormwater Permit | TBD following 90% Design |
| DEQ | 1200-C Stormwater Construction Permit | 1200-C Stormwater Construction Permit |
| Oregon Department of Energy | Energy Facility Siting Council Exemption | 10/31/2020, resubmitted 2/26/2021 |
| Oregon Department of State Lands (DSL) | Removal/Fill Permit | 1/15/2021 |
| DSL | Wetland Delineation Concurrence (Project Area) | 11/16/2020 |
| DSL | Wetland Delineation Concurrence (Mitigation Site) | 1/08/2021 |
| Columbia County | Land Use Permit | 1/20/21, resubmitted 7/13/21 |
| Columbia County | Conditional Use Permit | 1/20/21, resubmitted 7/13/21 |
| Columbia County | Building Permit | TBD following final design |

Other DSL and/or Corps Actions Associated with this Site (Check all that apply.)

☐ Work proposed on or over lands owned by or leased from the Corps (may require authorization pursuant to 33 USC 408). These could include the federal navigation channel, structures, levees, real estate, dikes, dams, and other Corps projects.

☐ State owned waterway                      DSL Waterway Lease #:

☐ Other Corps or DSL Permits          Corps #                DSL #

☐ Violation for Unauthorized Activity     Corps #                DSL #

☐ Wetland and Waters Delineation      Corps #                DSL #   WD2020-0663

Submit the entire delineation report to the Corps; submit only the concurrence letter (if complete) and approved maps to DSL.  If not previously submitted to DSL, send under a separate cover letter

## (9) IMPACTS, RESTORATION/REHABILITATION, AND COMPENSATORY MITIGATION

**A. Describe unavoidable environmental impacts that are likely to result from the proposed project. Include permanent, temporary, direct, and indirect impacts.**

Permanent and temporary impacts from the proposed project will include impacts to wetlands and waterways, an increase in imperious surface area, and localized increase in sediment and pollutant runoff associated with construction activities. Native and non-native vegetation, wetland habitat, and drainage ditches will be impacted during the proposed project activities. Specific impacts are listed below.

## Wetlands

**Permanent Impacts.** Construction of the NEXT Renewable Fuels Project will permanently remove 117.64 ac. of low-functioning wetlands. The size and configuration of the facility and ancillary components were designed to minimize impacts to wetlands by reducing the overall footprint, maximizing the use of uplands within the footprint, and locating necessary components in low-quality, highly disturbed wetlands. All wetland impacts will be mitigated through permittee-responsible compensatory wetland mitigation 0.25 miles south of the impact site. The enhancement of 484.44 ac. of wetlands, the implementation of erosion control measures, and other conservation measures (BMP) are expected to minimize the project's short- and long-term effects.

**Temporary Impacts**. Construction of the facility will temporarily impact 5.03 ac. of Wetland 1 and 27.0 ac. of Mitigation Site Wetland 1. Temporary impacts to wetland areas will be restored in accordance with the "*NEXT Renewable Fuels Oregon Restoration Plan for Temporary Impacts to Wetlands*" (See Appendix E). No adverse effects are anticipated from the temporary wetland impact.

## Waterways:

**Permanent Impacts.** Construction of the facility will permanently fill 0.60 ac. of Waterway E, 0.60 ac. of Waterway F, and 0.40 ac. of Waterway G.  Any drainage associated with Waterway E will be collected into the facility's stormwater system. Waterway F and Waterway G will be relocated to the south of the rail spur. Impacts to McLean Slough and Waterways A though D are from the placement of a culvert under the pipeline access road, the main access road, and the rail spur.  Permanent impacts will be mitigated by the construction of new waterways in the compensatory wetland mitigation site.

**Temporary Impacts.** Temporary impacts include disturbance of 0.03 ac. of the waterways from the installation of culverts at the crossings and general construction activities.  No long-term adverse effects are anticipated from the temporary disturbance as the drainage/irrigation ditches will continue to convey water. Short-term impacts include temporary soil and vegetation disturbance and the potential for construction debris to enter the waterway. BMPs will be implemented to minimize the sediment and pollutants entering the waterways during construction.

## Upland:

Construction of the facility will permanently impact 8.53 ac. of upland within the project area. Long-term impacts include loss of forage. Erosion control measures will be implemented during construction to minimize sediment release during construction.

**B. For temporary removal or fill or disturbance of vegetation in waterbodies, wetlands or riparian (i.e., streamside) areas, discuss how the site will be restored after construction to include the timeline for restoration.**

Following construction completion, all temporarily disturbed work areas will be restored to pre-construction conditions. All construction debris and any temporary site modifications will be removed from the construction area and properly disposed of in an approved location. Any temporarily disturbed areas with pre-construction vegetation will be reseeded with a native seed mix. Seeding will be completed by a qualified contractor during the proper season to provide optimum chances for success. Once planting is complete, the area will be maintained by the Applicant.

Maintenance/monitoring will include a general assessment of site regrowth when the Applicant conducts general maintenance operations. The native seeding mix used for post-construction restoration is presented in Table 10 below.

**Table 10: Native Seed Mix**

| Species | Wetland Indicator Status | Percent Mix Desired |
|---|---|---|
| Meadow barley (*Hordeum brachyantherum*) | FACW | 10 |
| Western mannagrass (*Glyceria occidentalis*) | OBL | 15 |
| Tufted hairgrass (*Deschampsia cespitosa*) | FACW | 15 |
| American sloughgrass (*Beckmannia syzigachne*) | OBL | 15 |
| Spike bentgrass (*Agrostis exarata*) | FACW | 15 |
| Annual hairgrass (*Deschampsia danthonioides*) | FACW | 15 |
| Baltic rush (*Juncus balticus*) | FACW | 15 |

Temporary impacts to wetland areas will be restored in accordance with the "*NEXT Renewable Fuels Oregon Restoration Plan for Temporary Impacts to Wetlands*" (Appendix E).

**Compensatory Mitigation**

**C. Proposed mitigation approach. Check all that apply:**

☑ Permittee-responsible Onsite Mitigation    ☐ Permittee-responsible Offsite mitigation    ☐ Mitigation Bank or In-Lieu Fee Program    ☐ Payment to Provide (not approved for use with Corps permits)

**D. Provide a brief description of proposed mitigation approach and the rationale for choosing that approach. If you believe mitigation should not be required, explain why.**

Construction of the NEXT Renewable Fuels Project will permanently remove 117.64 ac. of low-functioning Wetlands and will require mitigation by both USACE and DSL. The Applicant considered multiple mitigation options, including different sites, the In-Lieu Fee Program, and mitigation banking. Mitigation banking was not an option as there are no mitigation banks located within the approved watershed area, and the in-lieu fee program would not satisfy the USACE requirement. The Applicant considered different locations within the watershed but ultimately determined that mitigation near the site would be the most effective approach with the highest potential for long-term success.

The proposed mitigation site is located approximately 0.25 miles south of the impact area. The proposed site is approximately 590 ac. and is owned by NEXT Renewable Fuels Oregon. A wetland delineation was conducted by Anderson Perry & Associates, Inc., in April and May 2021. Two wetlands consisting of 580 ac. were mapped at the mitigation site (See Appendix H, "Wetland Mitigation Report for the NEXT Renewable Fuels Oregon Compensatory Wetland Mitigation Site"). The Applicant plans to reestablish native Columbia River bottomland emergent wetlands with a shrub and native–dominated groundcover by restoring degraded wetlands on the proposed mitigation site.

Using the Draft Compensatory Mitigation Eligibility and Accounting Determination Form developed by the Oregon Department of State Lands, it was determined that 3.9 ac. of mitigation will be required per acre of impact (3.9:1 ratio). This form is provided in Appendix B of Appendix C with the Oregon Rapid Wetland Assessment Protocol (ORWAP) data sheets.

The new renewable fuels facility will require permanent fill in two wetlands, with an area of permanent wetland impact of 117.64 ac. (requiring a minimum of 458.80 ac. of mitigation using the 3.9:1 ratio). To mitigate for this impact, 484.44 ac. of wetland will be enhanced at the proposed mitigation site.

In terms of mitigation credits, the 484.44 acres of restoration mitigation represents 124.22 acres of mitigation credit, which exceeds the minimum required under the 3.9:1 mitigation ratio, as shown on Table 11 below.

**Table 11: Wetland Mitigation Summary**

| Wetland ID | Impact Site | | | CWM Site | | | | | Mitigation Credits Gained |
| | Cowardin | HGM[1] | Acres | Mitigation Method | Cowardin | HGM | Acres | Mitigation Ratio | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PEM/PSS | Flats | 117.60 | | | | | | |
| 2 | PEM | Flats | 0.04 | | | | | | |
| CWM | | | | Enhance | PEM | Flats | 181.37 | 3.9:1 | 46.51 |
| CWM | | | | Enhance | PSS | Flats | 240.39 | 3.9:1 | 61.64 |
| CWM | | | | Enhance | PFO | Flats | 62.68 | 3.9:1 | 16.07 |
| Total | | | 117.64 | | | | 484.44 | | 124.22 |

The objective of this Compensatory Wetland Mitigation (CWM) Plan is to offset permanent impacts to wetland from construction of the project by restoring the hydrology and vegetation of the mitigation site, which will in turn improve wetland functions. This will be accomplished by the following activities:

- Strategically fill approximately 26,800 linear ft. of the site's existing drainage ditches to provide diversified habitat and not impact the drainage district.

- Utilize one growing season of mechanical (plowing/discing/grading) and chemical (herbicide) controls to reduce the presence and potential reestablishment of invasive plant species prior to reestablishing native vegetation.

- Create small, dendritic channels patterned after those typically found in Lower Columbia backwater sloughs.

- Create shallow pools. This will provide an opportunity to diversify emergent vegetation and provide potential reproductive habitat for amphibians and other aquatic wildlife.

- Create overall surface roughness (enhanced microtopography). Surface microtopography will be incorporated throughout the site to diversify surface hydrology and resultant vegetation. Microtopography will consist of machinery-induced undulations from site preparation tillage and will result in generally six-inch height/depth variations.

- Create upland buffer zones along public access paths between wetlands.

- Revegetate with native species of appropriate genetic stock to establish a mix of native forbs, grasses, sedges, rushes, and woody species compatible with lower Columbia River bottomland emergent and shrub habitat.

- Utilize adaptive management throughout the project to react quickly and effectively to unforeseen events.

- Incorporate five years of annual vegetation monitoring.

The functions and values of the impacted wetlands and the CWM site (pre- and post-construction) were evaluated using ORWAP. Construction of the Project will remove all functions of the impacted wetlands. These losses will be offset by the creation of the CWM site, which is anticipated to have functions and values similar to or better than the majority of the impacted wetlands.

Since the proposed mitigation area includes existing wetlands a comparison of the pre-construction and post-construction function and value ratings of this area was completed. For complete details of this comparison and

the overall mitigation plan, see Appendix C, "Compensatory Wetland Mitigation Plan for NEXT Renewable Fuels Oregon".

| **Mitigation Bank / In-Lieu Fee Information:** |
| --- |
| Name of mitigation bank or in-lieu fee project: |
| Type and amount of credits to be purchased: |

| If you are proposing permittee-responsible mitigation, have you prepared a compensatory mitigation plan? |
| --- |
| ☑ Yes. Submit the plan with this application and complete the remainder of this section. |
| ☐ No. A mitigation plan will need to be submitted (for DSL, this plan is required for a complete |

**Mitigation Location Information (Fill out only if permittee-responsible mitigation is proposed)**

| Mitigation Site Name/Legal Description | | Mitigation Site Address | | Tax Lot # | |
| --- | --- | --- | --- | --- | --- |
| Located south of the Port Westward Industrial Park between Kallunki and Hermo Road | | | | Sec 27 – 100, 200, 400, 1600<br>Sec 28 – 300, 1400<br>Sec 33 - 100<br>Sec 34 – 300, | |
| County | | City | | Latitude & Longitude (in DD.DDDD format) | |
| Columbia | | Clatskanie | | 46.145628, -123.175794 | |
| Township<br>8N | Range<br>4W | | Section<br>27<br><br>28<br>33<br>34 | | Quarter/Quarter<br>NE, NE, NE/NW, NW/NW, SW/NW,SE/NW & SW/SW,<br>SE/SE, SE/NE,<br>NE/NE<br>NW/NW |

## (10) ADJACENT PROPERTY OWNERS FOR PROJECT AND MITIGATION SITE

| ☐ Pre-printed mailing labels of adjacent property owners attached separately (if more than 30). | Project Site Adjacent Property Owners | Mitigation Site Adjacent Property Owners |
|---|---|---|
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ▮▮▮▮▮<br>79680 Quincy Mayger Road<br>Clatskanie, OR  97016 | Port of Columbia County<br>P.O. Box 190<br>Columbia City, OR  97018 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | Port of Columbia County<br>Portland General Electric, Leaseholder<br>121 SW Salmon Street, ##1WTC0510<br>Portland, OR  97231 | ▮▮▮▮▮<br>79859 Kola Road<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ▮▮▮▮▮<br>80393 Kallunki Road<br>Clatskaanie, OR  97016 | ▮▮▮▮▮<br>79847 Kola Rd<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ▮▮▮▮▮<br>P.O. Box 158<br>Clatskanie, OR  97016 | ▮▮▮▮▮<br>79711 Kola Rd<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ▮▮▮▮▮<br>6565 Hazeltine National Dr#10<br>Orlando, FL 32822 | Beaver Drainage Improvement Company<br>PO Box 201<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ▮▮▮▮▮<br>P.O. Box 825<br>Clatskanie, OR  97016 | ▮▮▮▮▮<br>9181 NW Sharp Rd<br>Prineville, OR 97754 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ▮▮▮▮▮<br>18865 Hermo Road,<br>Clatskanie, OR  97016 | ▮▮▮▮▮<br>18865 Hermo Road,<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ▮▮▮▮▮<br>79859 Kola Road<br>Clatskanie, OR  97016 | ▮▮▮▮▮<br>19396 Hermo Rd<br>Clatskanie, OR  97016 |

| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ███████<br>18865 Hermo Road,<br>Clatskanie, OR  97016 | ███████<br>19459 Beaver Dike Rd<br>Clatskanie, OR  97016 |
|---|---|---|
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ███████<br>80183 Kallunki Road<br>Clatskanie, OR  97016 | ████████████<br>19381 Beaver Dike Rd<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ███████<br>80773 Kallunki Rd<br>Clatskanie, OR 97016 | ████████████████<br>151 N Nemah Rd W<br>South Bend, WA 98586 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | ███████<br>20047 S Fischers Mill Rd<br>Oregon City, OR 97045 | ███████<br>19157 Kallio Rd<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | Harbor Master Beef, LLC<br>19039 Beaver Dike Rd<br>Clatskanie, OR 97016 | Hazze, LLC<br>78802 Rantala Rd<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | Port of Columbia County<br>P.O. Box 190<br>Columbia City, OR  97018 | ███████<br>79426 Collins Rd<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | | ███████<br>76885 Maple Ln<br>Clatskanie, OR  97016 |
| Contact Name<br>Address 1<br>Address 2<br>City, ST ZIP Code | | ███████<br>18865 Hermo Road,<br>Clatskanie, OR  97016 |

| **Contact Name** **Address 1** **Address 2** **City, ST ZIP Code** | | Harbor Master Beef, LLC 19039 Beaver Dike Rd Clatskanie, OR 97016 |
|---|---|---|
| **Contact Name** **Address 1** **Address 2** **City, ST ZIP Code** | | ████████ 80183 Kallunki Road Clatskanie, OR  97016 |
| **Contact Name** **Address 1** **Address 2** **City, ST ZIP Code** | | ████████████ P.O. Box 158 Clatskanie, OR  97016 |
| **Contact Name** **Address 1** **Address 2** **City, ST ZIP Code** | | ████████████ 81036 Erickson Dike Clatskanie, OR  97016 |
| **Contact Name** **Address 1** **Address 2** **City, ST ZIP Code** | | ████████ 20047 S Fischers Mill Rd Oregon City, OR 97045 |

## (11) CITY/COUNTY PLANNING DEPARTMENT LAND USE AFFIDAVIT (TO BE COMPLETED BY LOCAL PLANNING OFFICIAL)

I have reviewed the project described in this application and have determined that:

☐ This project is not regulated by the comprehensive plan and land use regulations

☐ This project is consistent with the comprehensive plan and land use regulations

☒ This project is consistent with the comprehensive plan and land use regulations with the following:

      ☐ Conditional Use Approval

      ☒ Development Permit

      ☐ Other Permit (explain in comment section below)

☐ This project is not currently consistent with the comprehensive plan and land use regulations. To be consistent requires:

      ☐ Plan Amendment

      ☐ Zone Change

      ☐ Other Approval or Review (explain in comment section below)

An application or variance request has ☐ has not ☐ been filed for the approvals required above.

| Local planning official name (print) | Title | City / County |
|---|---|---|
| Hayden Richardson | Planner II | Columbia County |

| Signature | Date |
|---|---|
| [redacted] | 1/14/21 |

Comments:
Applicant shall obtain approval for uses permitted under prescribed conditions via CCZO 683.1, Site Design Review via CCZO 1550 and other applicable sections of the Columbia County Zoning Ordinance.

## (12) COASTAL ZONE CERTIFICATION

If the proposed activity described in your permit application is within the Oregon Coastal Zone, the following certification is required before your application can be processed. The signed statement will be forwarded to the Oregon Department of Land Conservation and Development (DLCD) for its concurrence or objection. For additional information on the Oregon Coastal Zone Management Program and consistency reviews of federally permitted projects, contact DLCD at 635 Capitol Street NE, Suite 150, Salem, Oregon 97301 or call 503-373-0050 or click here.

CERTIFICATION STATEMENT

I certify that, to the best of my knowledge and belief, the proposed activity described in this application complies with the approved Oregon Coastal Zone Management Program and will be completed in a manner consistent with the program.

| Print /Type Applicant Name | Title |
|---|---|
| | |

| Applicant Signature | Date |
|---|---|
| | |

November 2019

## (13) SIGNATURES

Application is hereby made for the activities described herein. I certify that I am familiar with the information contained in the application, and, to the best of my knowledge and belief, this information is true, complete and accurate. I further certify that I possess the authority to undertake the proposed activities. By signing this application I consent to allow Corps or DSL staff to enter into the above-described property to inspect the project location and to determine compliance with an authorization, if granted. I hereby authorize the person identified in the authorized agent block below to act in my behalf as my agent in the processing of this application and to furnish supplemental information in support of this permit application. I understand that the granting of other permits by local, county, state or federal agencies does not release me from the requirement of obtaining the permits requested before commencing the project. I understand that payment of the required state processing fee does not guarantee permit issuance.
**To be considered complete, the fee must accompany the application to DSL. The fee is not required for submittal of an application to the Corps.**

| Fee Amount Enclosed | $1,325.00 |
|---|---|

**Applicant Signature (required) must match the name in Block 2**

| Print Name<br>Christopher Efird | Title<br>Executive Chairman |
|---|---|
| Signature | Date |

**Authorized Agent Signature**

| Print Name<br>Laurie Parry | Title<br>Stewardship Solutions, Inc – Consultant |
|---|---|
| Signature | Date<br>1/10/2021 |

**Landowner Signature(s)***
**Landowner of the Project Site (if different from applicant)**

| Print Name<br>Christopher Efird | Title<br>Owner, NEXT Renewable FuelsOregon |
|---|---|
| Signature | Date |

**Landowner of the Mitigation Site (if different from applicant)**

| Print Name | Title |
|---|---|
| Signature | Date |

**Department of State Lands, Property Manager  (to be completed by DSL)**

If the project is located on state-owned submerged and submersible lands, DSL staff will obtain a signature from the Land Management Division of DSL. A signature by DSL for activities proposed on state-owned submerged/submersible lands only grants the applicant consent to apply for a removal-fill permit. A signature for activities on state-owned submerged and submersible lands grants no other authority, express or implied and a separate proprietary authorization may be required.

| Print Name | Title |
|---|---|
| Signature | Date |

* Not required by the Corps.
17

November 2019

## (13) SIGNATURES

Application is hereby made for the activities described herein.  I certify that I am familiar with the information contained in the application, and, to the best of my knowledge and belief, this information is true, complete and accurate.  I further certify that I possess the authority to undertake the proposed activities.  By signing this application I consent to allow Corps or DSL staff to enter into the above-described property to inspect the project location and to determine compliance with an authorization, if granted.  I hereby authorize the person identified in the authorized agent block below to act in my behalf as my agent in the processing of this application and to furnish supplemental information in support of this permit application. I understand that the granting of other permits by local, county, state or federal agencies does not release me from the requirement of obtaining the permits requested before commencing the project. I understand that payment of the required state processing fee does not guarantee permit issuance.

**To be considered complete, the fee must accompany the application to DSL.  The fee is not required for submittal of an application to the Corps.**

| Fee Amount Enclosed | $1,325.00 |
|---|---|

**Applicant Signature (required) must match the name in Block 2**

| Print Name | Title |
|---|---|
| Christopher Efird | Executive Chairman |

| Signature | Date |
|---|---|
|  |  |

**Authorized Agent Signature**

| Print Name | Title |
|---|---|
| Laurie Parry | Stewardship Solutions, Inc – Consultant |

| Signature | Date |
|---|---|
|  |  |

**Landowner Signature(s)***

**Landowner of the Project Site (if different from applicant)**

| Print Name | Title |
|---|---|
| Felipe De La Cruz & Boby De La Cruz | Owners |

| Signature | Date |
|---|---|
| ███████████  ███████████ | 1/7/2021 |

**Landowner of the Mitigation Site (if different from applicant)**

| Print Name | Title |
|---|---|
|  |  |

| Signature | Date |
|---|---|
|  |  |

**Department of State Lands, Property Manager  (to be completed by DSL)**

If the project is located on state-owned submerged and submersible lands, DSL staff will obtain a signature from the Land Management Division of DSL. A signature by DSL for activities proposed on state-owned submerged/submersible lands only grants the applicant consent to apply for a removal-fill permit.  A signature for activities on state-owned submerged and submersible lands grants no other authority, express or implied and a separate proprietary authorization may be required.

| Print Name | Title |
|---|---|
|  |  |

| Signature | Date |
|---|---|
|  |  |

---

* Not required by the Corps.

## (13) SIGNATURES

Application is hereby made for the activities described herein. I certify that I am familiar with the information contained in the application, and, to the best of my knowledge and belief, this information is true, complete and accurate. I further certify that I possess the authority to undertake the proposed activities. By signing this application I consent to allow Corps or DSL staff to enter into the above-described property to inspect the project location and to determine compliance with an authorization, if granted. I hereby authorize the person identified in the authorized agent block below to act in my behalf as my agent in the processing of this application and to furnish supplemental information in support of this permit application. I understand that the granting of other permits by local, county, state or federal agencies does not release me from the requirement of obtaining the permits requested before commencing the project. I understand that payment of the required state processing fee does not guarantee permit issuance.

To be considered complete, the fee must accompany the application to DSL. The fee is not required for submittal of an application to the Corps.

| Fee Amount Enclosed | $1,325.00 |
|---|---|

**Applicant Signature (required) must match the name in Block 2**

| Print Name<br>Christopher Efird | Title<br>Executive Chairman |
|---|---|
| Signature | Date |

**Authorized Agent Signature**

| Print Name<br>Laurie Parry | Title<br>Stewardship Solutions, Inc – Consultant |
|---|---|
| Signature | Date |

**Landowner Signature(s)***

**Landowner of the Project Site (if different from applicant)**

| Print Name<br>Douglas Hayes | Title<br>Executive Director |
|---|---|
| Signature | Date |

**Landowner of the Mitigation Site (if different from applicant)**

| Print Name<br>Douglas Hayes , Port of Columbia County | Title<br>Executive Director |
|---|---|
| Signature | Date |

**Department of State Lands, Property Manager (to be completed by DSL)**

If the project is located on state-owned submerged and submersible lands, DSL staff will obtain a signature from the Land Management Division of DSL. A signature by DSL for activities proposed on state-owned submerged/submersible lands only grants the applicant consent to apply for a removal-fill permit. A signature for activities on state-owned submerged and submersible lands grants no other authority, express or implied and a separate proprietary authorization may be required.

| Print Name | Title |
|---|---|
| Signature | Date |

---

* Not required by the Corps.

17

November 2019

## (13) SIGNATURES

*Application is hereby made for the activities described herein. I certify that I am familiar with the information contained in the application, and, to the best of my knowledge and belief, this information is true, complete and accurate. I further certify that I possess the authority to undertake the proposed activities. By signing this application I consent to allow Corps or DSL staff to enter into the above-described property to inspect the project location and to determine compliance with an authorization, if granted. I hereby authorize the person identified in the authorized agent block below to act in my behalf as my agent in the processing of this application and to furnish supplemental information in support of this permit application. I understand that the granting of other permits by local, county, state or federal agencies does not release me from the requirement of obtaining the permits requested before commencing the project. I understand that payment of the required state processing fee does not guarantee permit issuance.*

**To be considered complete, the fee must accompany the application to DSL. The fee is not required for submittal of an application to the Corps.**

| **Fee Amount Enclosed** | $1,325.00 |
|---|---|

**Applicant Signature (required) must match the name in Block 2**

| Print Name | Title |
|---|---|
| Christopher Efird | Executive Chairman |

| Signature | Date |
|---|---|
| | |

**Authorized Agent Signature**

| Print Name | Title |
|---|---|
| Laurie Parry | Stewardship Solutions, Inc. – Consultant |

| Signature | Date |
|---|---|
| | |

**Landowner Signature(s)** *

**Landowner of the Project Site (if different from applicant)**

| Print Name | Title |
|---|---|
| | |

| Signature | Date |
|---|---|
| | |

**Landowner of the Mitigation Site (if different from applicant)**

| Print Name | Title |
|---|---|
| Lower Columbia  Tree Farm | |

| Signature | Date |
|---|---|
| | 7/27/2021 |

**Department of State Lands, Property Manager  (to be completed by DSL)**

*If the project is located on state-owned submerged and submersible lands, DSL staff will obtain a signature from the Land Management Division of DSL. A signature by DSL for activities proposed on state-owned submerged/submersible lands only grants the applicant consent to apply for a removal-fill permit. A signature for activities on state-owned submerged and submersible lands grants no other authority, express or implied and a separate proprietary authorization may be required.*

| Print Name | Title |
|---|---|
| | |

| Signature | Date |
|---|---|
| | |

---

* Not required by the Corps.

## (14) ATTACHMENTS

☒ Drawings
- ☒ Location map with roads identified
- ☒ U.S.G.S topographic map
- ☒ Tax lot map
- ☒ Site plan(s)
- ☒ Plan view and cross section drawing(s)
- ☒ Recent aerial photo
- ☒ Project photos
- ☒ Erosion and Pollution Control Plan(s), if applicable
- ☐ DSL / Corps Wetland Concurrence letter and map, if approved and applicable

☐ Pre-printed labels for adjacent property owners (Required if more than 30)
☒ Incumbency Certificate if applicant is a partnership or corporation
☒ Restoration plan or rehabilitation plan for temporary impacts
☒ Mitigation plan
☒ Wetland functional assessments, if applicable
- ☒ Cover Page
- ☒ Score Sheets
- ☒ ORWAP OR, F, T, & S forms
- ☒ ORWAP Reports
- ☒ Assessment Maps
- ☒ ORWAP Reports: Soils, Topo, Assessment area, Contributing area

☐ Stream Functional Assessments, if applicable
- ☐ Cover Page
- ☐ Score Sheets
- ☐ SFAM PA, PAA, & EAA forms
- ☐ SFAM Report
- ☐ Assessment Maps
  - ☐ Aerial Photo Site Map and Topo Site Map (Both maps should document the PA, PAA, & EAA)

8 Compensatory Mitigation (CM) Eligibility & Accounting Worksheet
- ☐ Matching Quickguide sheet(s)
- ☒ CM Eligibility & Accounting sheet

☒ Alternatives analysis
☐ Biological assessment (if requested by the Corps project manager during pre-application coordination)
☒ Stormwater management plan (may be required by the Corps or DEQ)
☐ Other
- ☐ Please describe:

**For U.S. Army Corps of Engineers send application to:**

|  |  |
|---|---|
| USACE Portland District<br>ATTN:  CENWP-ODG-P<br>PO Box 2946<br>Portland, OR 97208-2946<br>Phone: 503-808-4373<br>portlandpermits@usace.army.mil | **Counties:**<br>Baker, Benton, Clackamas, Clatsop, Columbia, Gilliam, Grant, Hood River, Jefferson, Lincoln, Linn, Malheur, Marion, Morrow, Multnomah, Polk, Sherman, Tillamook, Umatilla, Union, Wallowa, Wasco, Washington, Wheeler, Yamhill |
| U.S. Army Corps of Engineers<br>ATTN:  CENWP-ODG-E<br>211 E. 7th AVE, Suite 105<br>Eugene, OR 97401-2722<br>Phone: 541-465-6868<br>portlandpermits@usace.army.mil | **Counties:**<br>Coos, Crook, Curry, Deschutes, Douglas, Jackson, Josephine, Harney, Klamath, Lake, Lane |

**For Department of State Lands send application to:**

| **West of the Cascades:** | **East of the Cascades:** |
|---|---|
| Department of State Lands<br>775 Summer Street NE, Suite 100<br>Salem, OR 97301-1279<br>Phone:  503-986-5200 | Department of State Lands<br>951 SW Simpson Ave, Suite 104<br>Bend, Oregon 97702<br>Phone:  541-388-6112 |

**For Department of Environmental Quality e-mail application to:**

ATTN:  DEQ 401 Certification Program
Water Quality
700 NE Multnomah St, Suite 600
Portland, OR 97232
401applications@deq.state.or.us

November 2019

INCUMBENCY CERTIFICATE

**NEXT Renewable Fuels Oregon, LLC** (entity name as recorded with the Secretary of State, Oregon)

I, **Christopher Efird** (name of registered agent or authorized representative), do hereby certify that:

1.  I am the duly elected and acting **Executive Chairman** (position) of NEXT Renewable Fuels, Inc. the sole and managing member of **NEXT Renewable Fuels Oregon, LLC** (entity name as recorded with the Secretary of State, Oregon), a **Foreign Limited Liability Company** (entity type) organized and existing in good standing under the laws of the State of Oregon (the "Entity"); and

2.  I have the authority to submit, on behalf of the Entity, this application for a permit to conduct removal-fill within waters of the state (as evidenced by my signature on the application) and to commit the Entity to comply with all resulting permit conditions, including any mitigation obligations, resulting from the issuance of the permit.

_____, this ____ day of _____, 2021
Signature of Registered Agent or Authorized Representative

# NEXT RENEWABLE FUELS, INC.
## (the "Company")

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

Pursuant to Section 141(f) of the Delaware General Corporation Law (the "DGCL") and Section 2.8 of the Company's Bylaws in effect on the date hereof (the "Bylaws"), the undersigned, being all of the members of the Board of Directors of the Company (the "Board"), hereby consent to the following actions with the same force and effect as if the following recitals and resolutions were adopted and approved at a duly called and held meeting of the Board.

### Change in President

WHEREAS, the Board desires to appoint Eugene W. Cotten to serve as the President of the Company (the "New President Appointment"); and

WHEREAS, Christopher Efird, the current President of the Company, has resigned from such position effective immediately prior to the New President Appointment (the "Former President Resignation");

NOW, THEREFORE, BE IT RESOLVED that (i) the Former President Resignation is hereby accepted and (ii) effective as January 5, 2021, Eugene W. Cotton, is hereby appointed to serve as the President of the Company until his successor in office is duly appointed or until his earlier death, resignation or removal.

RESOLVED FURTHER that, after giving effect to the foregoing actions, the executive management of the Company as of January 5, 2021 is as follows:

- Board of Directors: Christopher Efird and Robert Russell.

- Officers: Christopher Efird is the Executive Chairman and Secretary, Eugene W. Cotten is the President, David Kane is the Chief Financial Officer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN WITNESS WHEREOF, the undersigned hereby execute and deliver this Consent on the dates indicated below but with the actions taken hereby to be effective as of the dates specified herein.

MEMBERS OF THE BOARD:

Christopher Efird

Date: January 4, 2021

Robert Russell

Date: 1-4-21