# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

COLUMBIA RIVERKEEPER and
1000 FRIENDS OF OREGON,

                Plaintiffs,

v.

COL. LARRY "DALE" CASWELL,
JR., in his official capacity as
Commander and District Engineer of the
U.S. Army Corps of Engineers' Portland
District, and the U.S. ARMY CORPS OF
ENGINEERS,

                Defendants.

Case No.: 3:24-cv-00868

DECLARATION OF ESOSA
AIMUFUA

I, **Esosa Aimufua**, hereby declare as follows:

1. I am a Trial Attorney at the United States Department of Justice, Environmental and Natural Resources Division.

2. I am the assigned counsel for the above-mentioned case, and I have been tasked with defending Defendants, Colonel Larry "Dale" Caswell, Jr., in his official capacity as Commander and District Engineer of the U.S Army Corps of Engineers Portland District, and the U.S. Army Corps of Engineers (collectively "the Corps") in this case.

3. In drafting the argument to defend the Defendants' Motion to Dismiss, I searched for maps of Kallunki Road, Clatskanie, Oregon which is at the center of Plaintiffs' Complaint.

4. In order to find the map attached as Attachment 1, I visited the Oregon Department of Transportation's ("ODOT") public website at https://www.oregon.gov/odot/pages/index.aspx (Last visited September 27, 2024).

I clicked on "Order State Map," "County Map" and then "Columbia County Sheet 1," in order to get the ODOT Map attached as Attachment 1. *See* https://www.oregon.gov/odot/Data/Documents/County_Columbia_01_of_01.pdf (Last visited September 27, 2024).

5.  Attached as Attachment 2 is a zoomed-in screen shot of the map in Attachment 1 with its accompanying Legend.

6.  In order to find the image attached as Attachment 3, I visited the Google Earth Pro website and searched "Kallunki Road, Clatskanie, Oregon."

7.  Attached as Attachment 3 is a screen shot from a Google Earth image of Kallunki Road.

8.  Attached as Attachment 4 is a zoomed-in screen shot of the Google Earth image of Kallunki Road.

9.  I certify that the attached are true and correct documents and public maps from my search.

10. I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 27, 2024.

TODD KIM
Assistant Attorney General

*/s/ Esosa Aimufua*
ESOSA AIMUFUA
United States Department of Justice
Environment and Natural Resources Section
Natural Resources Section
P.O. Box 7611,
Washington, DC 20044-7611.

*Attorney for Defendants*

# ATTACHMENT 1

# OREGON TRANSPORTATION MAP

Showing Federal Functional Classification of Roads

# COLUMBIA COUNTY

## LEGEND

**FUNCTIONAL CLASSIFICATION**

FOR FURTHER FUNCTIONAL CLASSIFICATION INFORMATION, CONTACT ODOT REGION OFFICE.

| STATE HWY | OTHER JURISDICTION | FC WA FAUB * | |
|---|---|---|---|
| | | | INTERSTATE |
| | | | PRINCIPAL ARTERIAL |
| | | | MINOR ARTERIAL |
| | | | MAJOR COLLECTOR |
| | | | MINOR COLLECTOR |
| | | | LOCAL |
| | | | UNIDENTIFIED ROAD OR TRAIL |

ORE. ROUTE - US. ROUTE - INTERSTATE ROUTE
NATIONAL HIGHWAY SYSTEM ROUTE
CITY LIMIT
URBAN GROWTH BOUNDARY
AMTRAK RAIL PASSENGER STATION
COMMERCIAL - GENERAL AVIATION
SAFETY REST AREA - WEIGH STATION
PUBLIC BUILDING - ODOT STOCKPILE SITE
GRAVEL PIT - QUARRY

* FUNCTIONALLY CLASSED ROAD WITHIN FEDERAL AID URBAN BOUNDARY

## ARRANGEMENT OF SHEETS

INTERCITY TRANSPORTATION SERVICES IDENTIFIED BELOW BY CITY:

AIR   RAIL   BUS   PORT

CITY MAP AVAILABLE   VICINITY MAP AVAILABLE

"This product is for informational purposes and may not be suitable for legal, engineering, or surveying purposes. Users of this product should review and consult the primary data sources to determine the usability of the information. Conclusions drawn from this information are the responsibility of the user."

"Make local inquiry of road conditions in remote areas. Some roads are impassable following severe weather conditions."

## COUNTY SHEET INDEX

Columbia

Published by

Sheet 1 of 1

POPULATION 53,156

2023 Edition

NORTH

PREPARED DIGITALLY BY THE OREGON DEPARTMENT OF TRANSPORTATION IN COOPERATION WITH THE U.S. DEPARTMENT OF TRANSPORTATION FEDERAL HIGHWAY ADMINISTRATION

All spatial data uses the statewide projection standard endorsed by the Oregon Geographic Information Council: Lambert Conic Conformal

## SCALE

0  0.5  1  2  3  4  Miles

0  1.25  2.5  5  7.5  Kilometers

Digital copies available from the Oregon Department of Transportation, Geographic Information Services Unit, https://www.oregon.gov/ODOT/Data/Pages/Maps.aspx. Email ODOTmaps@odot.state.or.us or write GIS Unit, Mill Creek Office Building, 555 13th St. NE, Salem, Oregon 97301
Population numbers are based on current Oregon Population Report, College of Urban and Public Affairs, Portland State University, https://pdx.edu/prc

# ATTACHMENT 2



## LEGEND

**FUNCTIONAL CLASSIFICATION**

| STATE HWY | OTHER JURISDICTION | FC W/I FAUB * | |
|---|---|---|---|
| | | | FOR FURTHER FUNCTIONAL CLASSIFICATION INFORMATION, CONTACT ODOT REGION OFFICE. |

INTERSTATE
PRINCIPAL ARTERIAL
MINOR ARTERIAL
MAJOR COLLECTOR
MINOR COLLECTOR
LOCAL
UNIDENTIFIED ROAD OR TRAIL
ORE. ROUTE - US. ROUTE - INTERSTATE ROUTE
NATIONAL HIGHWAY SYSTEM ROUTE
CITY LIMIT
URBAN GROWTH BOUNDARY
AMTRAK RAIL PASSENGER STATION
COMMERCIAL - GENERAL AVIATION
SAFETY REST AREA - WEIGH STATION
PUBLIC BUILDING - ODOT STOCKPILE SITE
GRAVEL PIT - QUARRY

* FUNCTIONALLY CLASSED ROAD WITHIN FEDERAL AID URBAN BOUNDARY

## ARRANGEMENT OF SHEETS

**INTERCITY TRANSPORTATION SERVICES IDENTIFIED BELOW BY CITY:**

AIR    RAIL    BUS    PORT

CITY MAP AVAILABLE    VICINITY MAP AVAILABLE



"This product is for informational purposes and may not be suitable for legal, engineering, or surveying purposes. Users of this product should review and consult the primary data sources to determine the usability of the information. Conclusions drawn from this information are the responsibility of the user."

"Make local inquiry of road conditions in remote areas. Some roads are impassable following severe weather conditions."

### SCALE



0  0.5  1    2    3    4
                              Miles

0    1.25   2.5        5        7.5
                              Kilometers

## COUNTY SHEET INDEX



Columbia

# OREGON TRANSPORTATION MAP

Showing Federal Functional Classification of Roads

# COLUMBIA COUNTY

Published by



Sheet 1 of 1

POPULATION 53,156

2023 Edition

PREPARED DIGITALLY BY THE
OREGON DEPARTMENT OF TRANSPORTATION
IN COOPERATION WITH THE
U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION

All spatial data uses the statewide projection standard
endorsed by the Oregon Geographic Information Council:
Lambert Conic Conformal

NORTH



Digital copies available from the Oregon Department of Transportation, Geographic Information Services Unit, https://www.oregon.gov/ODOT/Data/Pages/Maps.aspx. Email ODOTmaps@odot.state.or.us or write GIS Unit, Mill Creek Office Building, 555 13th St. NE, Salem, Oregon 97301
Population numbers are based on current Oregon Population Report, College of Urban and Public Affairs, Portland State University, https://pdx.edu/prc

# ATTACHMENT 3



# ATTACHMENT 4

